IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No. 07-266-*** |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| SCHLEGEL ELECTRONIC MATERIALS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATED ORDER EXTENDING TIME

WHEREAS, defendant Schlegel Electronic Materials, Inc. ("Schlegel"), has been served with process in this action, and seeks additional time within which to move, answer, or otherwise respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED by the parties in this case, subject to the approval of the Court, that the time within which Schlegel must move, answer, or otherwise respond to the Complaint is extended to and including August 6, 2007.

_____
Francis DiGiovanni (#3189)
Connolly Bove Lodge and Hutz LLP
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
fdigiovanni@cblh.com

Dated: July 3, 2007

_____
Donald W. O'Brien, Jr.
Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, NY 14614
(585) 987-2800
dobrien@woodsoviatt.com

Dated: July 3, 2007

SO ORDERED this ____ day of July, 2007.

_____
United States Magistrate Judge

{807175:}

## CERTIFICATE OF SERVICE

I, Francis DiGiovanni, hereby certify that on July 3, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, and copies were caused to be served upon the following counsel of record via electronic mail:

Donald W. O'Brien, Jr.
Woods Oviatt Gilman LLP
700 Crossroads Building
2 State Street
Rochester, NY 14614
dobrien@woodsoviatt.com

                                              Francis DiGiovanni (#3189)

{807175:}