IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PARKER-HANNIFIN CORPORATION,**<br><br>            **Plaintiff,**<br><br>     **v.**<br><br>**SCHLEGEL ELECTRONIC MATERIALS, INC.,**<br><br>            **Defendants.** | Civ. Case No. 1:07cv266-*** |

## NOTICE OF APPEARANCE

Please enter the appearance of George Pazuniak, Womble Carlyle Sandridge & Rice, PLLC, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, as counsel of record for the defendant in this action.

                                                                          WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

Dated: July 13, 2007                    By      /s/ George Pazuniak
                                                                  George Pazuniak (#478)
                                                                  222 Delaware Avenue
                                                                  Suite 1501
                                                                  Wilmington, Delaware 19801
                                                                  Telephone:  (302) 252-4320
                                                                  Facsimile:  (302) 252-4330

                                                                  Attorneys for Defendant Schlegel Electronic
                                                                  Materials, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2007, I electronically filed **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, SCHLEGEL ELECTRONIC MATERIALS, INC.** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**VIA EMAIL**

Francis DiGiovanni
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
fdigiovanni@cblh.com

          /s/ George Pazuniak
George Pazuniak (#478)
Counsel for Defendant