IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PARKER-HANNIFIN CORPORATION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SCHLEGEL ELECTRONIC MATERIALS, INC.,**<br><br>**Defendants.** | Civ. Case No. 1:07cv266-*** |

## NOTICE OF APPEARANCE

Please enter the appearance of James L. Lennon, Womble Carlyle Sandridge & Rice, PLLC, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, as counsel of record for the defendant in this action.

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

Dated: July 13, 2007        By   /s/ James M. Lennon
            James M. Lennon (#4570)
            222 Delaware Avenue
            Suite 1501
            Wilmington, Delaware 19801
            Telephone: (302) 252-4320
            Facsimile: (302) 252-4330

            Attorneys for Defendant Schlegel Electronic
            Materials, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2007, I electronically filed **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, SCHLEGEL ELECTRONIC MATERIALS, INC.** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

> **VIA EMAIL**
> Francis DiGiovanni
> Connolly, Bove, Lodge & Hutz
> The Nemours Building
> 1007 North Orange Street
> P.O. Box 2207
> Wilmington, DE 19899
> (302) 658-9141
> fdigiovanni@cblh.com

>                    /s/ James M. Lennon
> James M. Lennon (#4570)
> Counsel for Defendant

2