IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PARKER-HANNIFIN CORPORATION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SCHLEGEL ELECTRONIC MATERIALS, INC.,**<br><br>**Defendants.** | Civ. Case No. 1:07cv266-*** |

## NOTICE OF APPEARANCE

Please enter the appearance of Anna Martina L. Tyreus, Womble Carlyle Sandridge & Rice, PLLC, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, as counsel of record for the defendant in this action.

                                              WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

Dated: July 13, 2007          By   /s/ Anna Martina L. Tyreus
                                              Anna Martina L. Tyreus (#4771)
                                              222 Delaware Avenue
                                              Suite 1501
                                              Wilmington, Delaware 19801
                                              Telephone: (302) 252-4320
                                              Facsimile: (302) 252-4330

                                              Attorneys for Defendant Schlegel Electronic
                                              Materials, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2007, I electronically filed **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, SCHLEGEL ELECTRONIC MATERIALS, INC.** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

<u>**VIA EMAIL**</u>

Francis DiGiovanni
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
fdigiovanni@cblh.com

      /s/ Anna Martina L. Tyreus
      Anna Martina L. Tyreus (#4771)
      Counsel for Defendant

WCSR 3651590v1