IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PARKER-HANNIFIN CORPORATION,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SCHLEGEL ELECTRONIC MATERIALS, INC.,**<br><br>**Defendants.** | Civ. Case No. 1:07cv266-*** |

**NOTICE OF APPEARANCE**

Please enter the appearance of Stephen J. MacKenzie, Womble Carlyle Sandridge & Rice, PLLC, 222 Delaware Avenue, Suite 1501, Wilmington, Delaware 19801, as counsel of record for the defendant in this action.

WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

Dated: July 13, 2007         By    /s/ Stephen J. MacKenzie
                                            Stephen J. MacKenzie (#4791)
                                            222 Delaware Avenue
                                            Suite 1501
                                            Wilmington, Delaware 19801
                                            Telephone: (302) 252-4320
                                            Facsimile: (302) 252-4330

                                            Attorneys for Defendant Schlegel Electronic
                                            Materials, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2007, I electronically filed **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT, SCHLEGEL ELECTRONIC MATERIALS, INC.** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

<u>**VIA EMAIL**</u>

Francis DiGiovanni
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
fdigiovanni@cblh.com

                                                 /s/ Stephen J. MacKenzie
                                                 Stephen J. MacKenzie (#4791)
                                                 Counsel for Defendant