IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PARKER-HANNIFIN CORPORATION,**<br><br>                           **Plaintiff,**<br><br>           v.<br><br>**SCHLEGEL ELECTRONIC MATERIALS, INC.,**<br><br>                           **Defendants.** | Civ. Case No. 1:07cv266-*** |

## STIPULATED ORDER EXTENDING TIME

WHEREAS, defendant Schlegel Electronic Materials, Inc. ("Schlegel"), has been served with process in this action, and seeks additional time within which to move, answer, or otherwise respond to the Complaint;

IT IS HEREBY STIPULATED AND AGREED by the parties in this case, subject to the approval of the court, that the time within which Schlegel must move, answer, or otherwise respond to the Complaint is extended to and including September 10, 2007.

| | |
|---|---|
| _s/Francis DiGiovanni_ | _s/James M. Lennon_ |
| Francis DiGiovanni (#3189) | James M. Lennon (#4570) |
| Connolly Bove Lodge & Hutz LLP | Womble Carlyle Sandridge & Rice, PLLC |
| 1007 North Orange Street | 222 Delaware Avenue |
| P.O. Box 2207 | Suite 1501 |
| Wilmington, Delaware 19899 | Wilmington, Delaware 19801 |
| (302) 658-9141 | (302) 252-4320 |
| fdigiovanni@cblh.com | JLennon@wcsr.com |
| Dated:  July 17, 2007 | Dated:  July 17, 2007 |

SO ORDERED this _____ day of July 2007.

_____
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I, James M. Lennon, hereby certify that on July 17, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, and a copy was caused to be served upon the following counsel of record via electronic mail:

>Francis DiGiovanni, Esquire
>Connolly Bove Lodge & Hutz LLP
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, Delaware 19899
>fdigiovanni@cblh.com

 _s/James M. Lennon_
 James M. Lennon (#4570)