**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC<br><br>       Plaintiff,<br><br>    v.<br><br>SCHLEGEL ELECTRONIC MATERIALS, INC.,<br><br>       Defendant. | C.A. No. 1:07-cv-266<br><br>JURY TRIAL DEMANDED |
| SCHLEGEL ELECTRONIC MATERIALS, INC.,<br><br>       Counterclaimant,<br><br>    v.<br><br>PARKER-HANNIFIN CORPORATION,<br><br>       Counter-Defendant. | |

## ANSWER AND COUNTERCLAIM OF DEFENDANT
## <u>SCHLEGEL ELECTRONIC MATERIALS, INC.</u>

Defendant Schlegel Electronic Materials, Inc. ("Schlegel") hereby answers the

Complaint of Plaintiff Parker-Hannifin Corporation and Parker Intangibles, LLC

(collectively "Parker") as follows:

    1.     Schlegel lacks knowledge or information sufficient to form a belief as to

the truth of the allegations contained in Paragraph 1 of the Complaint.

    2.     Schlegel lacks knowledge or information sufficient to form a belief as to

the truth of the allegations contained in Paragraph 2 of the Complaint.

3.      Schlegel denies that it is a corporation organized and existing under the laws of the State of New York, and denies that its principle place of business is 1555 Jefferson Road, but admits the remaining allegations contained in Paragraph 3 of the Complaint.

## JURISDICTION AND VENUE

4.      Schlegel admits subject matter jurisdiction of this Court as alleged in Paragraph 4 of the Complaint and waives objection to personal jurisdiction.

5.      Schlegel waives objection to venue of this Court as alleged in Paragraph 5 of the Complaint.

## PARKER-HANNIFIN'S PATENTS

6.      Schlegel admits that U.S. Patent No. 6,387,523 ("the '523 patent") issued on May 14, 2002, but denies that it was duly and legally issued.  Schlegel denies that Parker has standing to assert the '523 patent.  Schlegel is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 6 of the Complaint.

7.      Schlegel admits that U.S. Patent No. 6,521,348 ("the '348 patent") issued on February 18, 2003, but denies that it was duly and legally issued.  Schlegel denies that Parker has standing to assert the '348 patent.  Schlegel is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 7 of the Complaint.

8.      Schlegel admits that U.S. Patent No. 6,716,536 ("the '536 patent") issued on April 6, 2004, but denies that it was duly and legally issued.  Schlegel denies that Parker has standing to assert the '536 patent.  Schlegel is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations

contained in paragraph 8 of the Complaint.

9. Schlegel admits that U.S. Patent No. 6,777,095 ("the '095 patent") issued on August 17, 2004, but denies that it was duly and legally issued. Schlegel denies that Parker has standing to assert the '095 patent. Schlegel is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 9 of the Complaint.

10. Schlegel admits that U.S. Patent No. 6,248,393 ("the '393 patent") issued on June 19, 2001, but denies that it was duly and legally issued. Schlegel denies that Parker has standing to assert the '393 patent. Schlegel is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in paragraph 10 of the Complaint.

## PARKER-HANNIFIN'S ALLEGATIONS OF INFRINGEMENT

11. Schlegel denies each and every allegation of Paragraph 11 of the Complaint.

12. Schlegel denies each and every allegation of Paragraph 12 of the Complaint.

## SCHLEGEL'S AFFIRMATIVE DEFENSES

13. Upon information and belief, Schlegel has not infringed and is not infringing any claim of Parker's '523, '348, '536, '095, and '393 patents, either directly or by inducing or contributing to their infringement by others.

14. Upon information and belief, the claims of Parker's '523, '348, '536, '095, and '393 patents are invalid for failure to satisfy the requirements of the United States patent laws, 35 U.S.C. §§ 101 et seq., including but not limited to 35 U.S.C. §§ 101, 102, 103, and 112.

15.    Upon information and belief, Parker's '523, '348, '536, '095, and '393 patents are invalid as a result of obviousness-type double patenting.

16.    Upon information and belief, Parker is estopped by virtue of amendments and statements made during the course of prosecution of Parker's '523, '348, '536, '095, and '393 patents from obtaining any construction of the claims of these patents that could cover any of Schlegel's products and the methods by which those products are made.

17.    On information and belief, Parker and Parker Intangibles LLC have failed to comply with the provisions of 35 U.S.C. § 287(a) and are therefore barred from recovery of any damages prior to service of the Complaint.

### RESERVATION OF RIGHTS

18.    Schlegel is still investigating this matter and has not yet had an opportunity to conduct any discovery, and therefore reserves the right to raise such additional defenses as may be appropriate upon further investigation and discovery.

## COUNTERCLAIM

Counterclaimant, Schlegel Electronic Materials, Inc. ("Schlegel"), as and for its counterclaim against counter-defendant, Parker-Hannifin Corporation ("Parker"), hereby alleges as follows:

19.    Schlegel is a corporation organized and existing under the laws of the State of Delaware, having its principle place of business at 806 Linden Avenue, Suite 100, Rochester, New York 14602.

20.    As Parker admits in paragraph 1 of its complaint, Parker is a corporation organized and existing under the laws of the State of Ohio having a principal place of business at 6035 Parkland Blvd., Cleveland Ohio.

## JURISDICTION AND VENUE

21.    As Parker admits in paragraph 3 of its complaint, jurisdiction in this Court is proper pursuant to 28 U.S.C. §§ 1331 and 1338(a).  Jurisdiction over the declaratory judgment counterclaims is also proper under 28 U.S.C. § 2201.

22.    As Parker admits in paragraph 4 of its complaint, venue is proper in this Court pursuant to 28 U.S.C. §§ 1391(b) and (c), and 1400(b).

## SCHLEGEL'S PATENTS

23.    On August 15, 1989, United States Patent Letter No. 4,857,668 (the '668 patent) (attached hereto as Exhibit "A") was duly and legally issued.  The '668 patent is owned by Schlegel.

24.    On September 3, 1991, United States Letter Patent No. 5,045,635 (the '635 patent) (attached hereto as Exhibit "B") was duly and legally issued.  The '635 patent is owned by Schlegel.

25.    On April 14, 1992, United States Letter Patent No. 5,105,056 (the '056 patent) (attached hereto as Exhibit "C") was duly and legally issued.  The '056 patent is owned by Schlegel.

## SCHLEGEL'S ALLEGATIONS OF INFRINGEMENT

26.    Parker has been and still is infringing at least claim 16 of the '668 patent.

27.    Parker has been and still is infringing one or more claims of the '635 patent.

28.    Parker has been and still is infringing one or more claims of the '056 patent.

29.    Parker's infringing activities have included direct infringement, contributory infringement and/or active inducement of infringement within the meaning

of 35 U.S.C. §§ 271(a) through (c).

30.    Parker has committed the acts of infringement in disregard of Schlegel's rights in Schlegel's '668, '635, and '056 patents.  Upon information and belief, Parker's infringement has been willful, deliberate and intentional, and will continue, to Schlegel's irreparable harm, unless enjoined by this Court.

## DECLARATION OF INVALIDTY

31.    Upon information and belief, the claims of Parker's '523, '348, '536, '095, and '393 patents are invalid for failure to satisfy the requirements of the United States patent laws, 35 U.S.C. §§ 101 et seq., including but not limited to 35 U.S.C. §§ 101, 102, 103, and 112.

**WHEREFORE**, Schlegel prays as follows:

A.   That Parker take nothing by reason of its Complaint, and that judgment be entered for Schlegel;

B.   That Parker's '523, '348, '536, '095, and '393 patents and each and every claim thereof be adjudged to be and declared invalid, and that Schlegel be adjudged not to infringe such patent;

C.   That the Court declare this an exceptional case and award Schlegel its attorneys' fees and costs pursuant to 35 U.S.C. § 285;

D.   That Parker has infringed Schlegel's '668, '635, and '056 patents;

E.   That Parker be permanently enjoined from further conduct which infringes Schlegel's '668, '635, and '056 patents;

F.   That Schlegel be awarded damages adequate to compensate it for Parker's infringement, and that the damages be trebled because of the willful nature of Parker's infringement, together with interest, pursuant to 35 U.S.C. § 284; and

G.   That the Court grant such other and further relief as is just and proper.

Dated:  September 10, 2007                    WOMBLE CARLYLE SANDRIDGE &
                                              RICE, PLLC

                                       By:    _s/ George Pazuniak_____
                                              George Pazuniak (DE # 478)
                                              James M. Lennon (DE # 4570)
                                              Martina Tyreus (DE # 4771)
                                              222 Delaware Avenue, Suite 1501
                                              Wilmington, DE 19801
                                              (302) 252-4320

*Of Counsel:*
Dan O'Brien, Esq.
Woods Oviatt Gilman LLP
700 Crossroads Bldg
2 State Street
Rochester, NY 14614

                                       *Attorneys for Defendant/Counterclaimant*
                                       *SCHLEGEL ELECTRONIC MATERIALS, INC.*

WCSR 3722657v1

# EXHIBIT A

# United States Patent [19]

**Buonanno**

[11]  **Patent Number:**  **4,857,668**

[45]  **Date of Patent:**  **Aug. 15, 1989**

[54]  **MULTI-FUNCTION GASKET**

[75]  Inventor:  **Samuel S. Buonanno,** Monroe, N.Y.

[73]  Assignee:  **Schlegel Corporation,** Rochester, N.Y.

[21]  Appl. No.: **181,834**

[22]  Filed:  **Apr. 15, 1988**

[51]  Int. Cl.⁴ ................................................ **H05K 9/00**
[52]  U.S. Cl. .................................................. **174/35 GC**
[58]  Field of Search ........................ 174/35 GC, 35 R; 219/10.55 D

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,477,267 | 7/1949 | Robinson | 174/35 GC |
| 3,312,769 | 4/1967 | La Kaff | 174/35 GC |
| 3,446,906 | 5/1969 | Zulauf | 174/35 GC |
| 3,555,168 | 1/1971 | Frykberg | 174/35 GC |
| 3,700,368 | 10/1972 | Wells | 425/115 |
| 3,781,390 | 12/1973 | Wells | 264/46.2 |
| 3,889,043 | 6/1975 | Ducros | 174/35 GC |
| 4,098,633 | 7/1978 | Kersten | 174/35 R X |
| 4,652,695 | 3/1987 | Busby | 174/35 GC |
| 4,659,869 | 4/1987 | Busby | 174/35 GC |
| 4,684,762 | 8/1987 | Gladfelter | 174/36 |
| 4,720,606 | 1/1988 | Senn | 174/35 GC |

### FOREIGN PATENT DOCUMENTS

221904  5/1985  German Democratic Rep. ... 174/35 R

### OTHER PUBLICATIONS

"Q–Lon"weatherstrip advertising brochure, Oct., 1982.

Chomerics Corp. catalog, pp. 15–43 (publication date unknown).
Schlegel EMI Shielding Gaskets–Technical Data published May, 1987, less than one year prior to filing.

*Primary Examiner*—Morris H. Nimmo
*Attorney, Agent, or Firm*—Steele, Gould & Fried

[57]  **ABSTRACT**

A multi-function gasket for electrical apparatus and the like, operation of which tends to generate or be adversely affected by electromagnetic and radio frequency interference (EMI/RFI), comprising: a continuously molded, resilient foam core having a sealed outer boundary layer when cured; a flexible, electrically conductive and substantially abrasion resistant sheath surrounding the foam core and bonded to the boundary layer as the foam expands within and fills the interior of the sheath during the molding; and, mounting structure for affixing the gasket. The apparatus may be sealed against EMI/RFI leakage, noise emission and enviromental infiltration through perimeter gaps of electrically conductive doors, access panels and the like by the actions and interactions of the sheath, the foam core and the boundary layer. The flexible sheath is continuously pressed into positive engagement with the conductive surfaces between which it is mounted by the resilient foam core, forming a continuous electrical path across the gaps and preventing EMI/RFI leakage through the gaps. The boundary layer prevents noise emission and environmental infiltration across the gaps. The sheath protects the boundary layer against damage from abrasion and the like.

**18 Claims, 2 Drawing Sheets**





FIG. 1

FIG. 2

FIG.3

FIG.4(a)

FIG.5(b)

FIG.4(b)

FIG. 6

FIG.5(a)



FIG. 7

FIG. 8

FIG. 9

FIG. 10

FIG. 11

FIG. 12

4,857,668

1

## MULTI-FUNCTION GASKET

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates generally to the field of gaskets and seals. More particularly, this invention relates to the fields of: gaskets for electrical apparatus and the like which are prone to generate, or be adversely affected by electromagnetic interference (EMI) and/or radio frequency interference (RFI) from gaps in shielded or conductive housings; seals which are intended to reduce or eliminate noise emission; and, seals which are intended to reduce or eliminate environmental contamination or infiltration. Most particularly, this invention relates to a field of hybrid or multi-function gaskets and seals which combine the protective features of preventing EMI/RFI leakage, preventing audible noise emission and preventing environmental infiltration.

2. Description of Prior Art

Electromagnetic interference (EMI) has been defined as undesired conducted or radiated electrical disturbances from an electrical or electronic apparatus, including transients, which can interfere with the operation of other electrical or electronic apparatus. Such disturbances can occur anywhere in the electromagnetic spectrum. Radio frequency interference (RFI) is often used interchangeably with electromagnetic interference, although it is more properly restricted to the radio frequency portion of the electromagnetic spectrum, usually defined as between 10 kilohertz (KHz) and 10 gigahertz (GHz). Comprehensive technical summaries are available from a number of sources.

A shield is defined as a metallic or otherwise electrically conductive configuration inserted between a source of EMI/RFI and a desired area of protection, which has the capability of absorbing and/or reflecting EMI/RFI and reducing the energy levels thereof. As a practical matter, such shields normally take the form of an electrically conductive housing which is electrically grounded. The energy of the EMI/RFI is thereby dissipated harmlessly to ground. Such a shield may be provided to prevent EMI/RFI radiating from a source or to prevent EMI/RFI (generated randomly or by design) from reaching a target, or both. Most such housings are of necessity provided with access panels, hatches, doors and/or removable covers.

The gaps between the panels, etc. and the housing provide an undesired opportunity for EMI/RFI to pass through the shield. The gaps also interfere with electrical currents running along the surfaces of the housings from EMI/RFI energy which is absorbed and is being conducted to ground. The gaps reduce the efficiency of the ground conduction path and may even result in the shield becoming a secondary source of EMI/RFI leakage, from gaps which act as slot antennas.

Various configurations of gaskets have been developed over the years to close the gaps of such shields and to effect the least possible disturbance of the ground conduction currents. Each seeks to establish as continuous an electrically conductive path as possible across the gap(s). However, there are inevitable compromises between: the ability of the gasket to smoothly and thoroughly engage and conform to the surface of the housing adjacent the gaps; the conductive capacity of the gasket; the ease of mounting the gasket; the ability of the gasket to withstand abrasive wear and tear, as well

2

as repeated compression and relaxation; and, the cost of manufacturing the gasket.

Electrical or electronic apparatus are often prone to acoustically noisy operation, which may become quite annoying to those in audible range of the apparatus, even in the absence of any specific technical difficulty caused by the audible noise. Noise emission can of course also result in technical problems under certain circumstances. Audibly noisy apparatus are sometimes provided with seals to reduce noise emission, but such seals are often only marginally effective at best. Moreover, such seals are not effective to prevent EMI/RFI leakage.

Electrical or electronic apparatus are also notoriously prone to damage or malfunction from environmental contamination or infiltration, the most common and perhaps most destructive contaminants being dust and moisture. Many electrical and electronic apparatus are provided with cooling fans, which are intended to draw air along a predefined path within the apparatus to maximize cooling. When the path is well defined, a filter can be used to collect dust and other debris prior to infiltration. Unfortunately, gaps of the kind described above too often provide alternate paths for contaminated air to enter the apparatus and eventually cause problems. Environmental seals, such as used in windows and doors have of course been known for some time, but such seals have never been capable of preventing EMI/RFI leakage.

The following patents are illustrative of the kinds of gaskets which have been proposed to prevent EMI/RFI leakage. Even a cursory analysis of such prior art will reveal the inability of such gaskets to function as EMI/RFI gaskets and as environmental infiltration seals and as audible noise seals; the inability of such gaskets to be manufactured relatively inexpensively; and, the inability of such gaskets to withstand abrasive wear and tear.

An RFI shielding gasket disclosed in U.S. Pat. No. 3,555,168 is formed as a conductive foil lamina bonded to a resilient foam backing by a flexible adhesive and is mounted by a pressure-sensitive adhesive on the back of the foam backing. The gasket is a flat member produced from flat layers of flat stock, rather than by extrusion or molding. In a preferred embodiment, the foam is a closed cell, medium density neoprene foam from 0.015 to 0.500 inches thick. The resulting laminate is die cut to shape, and is said to be RFI tight and dust tight. A seal disclosed in U.S. Pat. No. 3,312,769 has a resilient core, preferably neoprene sponge, surrounded by a metallic mesh, preferably an alloy of nickel and copper such as Monel. There is no indication that the core is bonded to the metallic mesh in any fashion. A sealing gasket disclosed in U.S. Pat. No. 2,477,267 comprises a resilient gasket having a network of electrically conductive wires embedded therein and therethrough, the wires having portions exposed on opposite surfaces, of the gasket. A seal disclosed in U.S. Pat. No. 3,466,906 comprises a body of resilient plastic foam material having a plurality of interconnected open cells and a coating of electrically conductive material provided throughout the body on the surfaces of the plastic elements. A conductive coating is preferably applied by electroplating to form a conductive surface on the seal. A seal available from Chomerics Corporation is denoted by the trademark MESH STRIP. The seal is available as resilient, single and dual, all-metal strips or compressed shapes. The seal is also available with an elastomer core,

4,857,668

3

in round or rectangular profiles, the core being solid or hollow.

In so far as weather strip seals are of interest, mention is made of Q-LON brand weather strip seals manufactured and sold by Schlegel Corporation, assignee herein. The seals are formed by continuous molding processes wherein a foam core expands and cures in a travelling mold surrounded by a polyethylene or vinyl lamina, after which the lamina and foam adhere to one another. The continuous molding processes are described in U.S. Pat. Nos. 3,700,368 and 3,781,390. The seals may also be molded directly with or onto semi-rigid carriers used for reinforcing and/or mounting the seals. Such seals have never been capable of preventing EMI/RFI leakage, although such seals are generally acknowledged as superior environmental seals.

A number of other problems are not apparent from such patent references. For example, most prior art gaskets require compression of at least 50% in order to reach maximum effectiveness. Gaskets according to this invention require only approximately 25% compression. This reduces the costs of cabinets, panels and the like, which do not have to be as robust as otherwise necessary to withstand prior art compression forces. Moreover, the compression can be adjusted for specific load requirements, by selectively altering gasket profiles and the density (mass) of gasket cores.

As another example, the prior art is as yet unable to cope with signal radiation from rooms and building which are supposed to be "secure" against electronic surveillance techniques. When gaskets according to this invention are used for weatherstrips in doors and windows, rooms and whole buildings can be made more secure.

The gasket disclosed herein is the first product capable of preventing EMI/RFI leakage, preventing audible noise emission and capable of preventing environmental infiltration; as well as being particularly resistant to damage from abrasion, even sliding contact; and, capable of manufacture by continuous molding processes in a wide variety of profiles and embodiments, including integral carriers. The gasket disclosed herein is the first such product to embody an EMI/RFI gasket in a form sufficiently corresponding to environmental seals to enable a cross-over of production and manufacturing technology which results in a multi-function hybrid gasket/seal solving all of the problems plaguing prior art EMI/RFI gaskets.

SUMMARY OF THE INVENTION

It is an object of the invention to provide improved gaskets for preventing EMI/RFI leakage.

It is a further object of this invention to provide EMI/RFI gaskets which are also capable of preventing environmental infiltration or contamination.

It is another object of the invention to provide EMI/RFI gaskets which are also capable of preventing audible noise emissions.

It is yet another object of the invention to provide such a multi-function gasket in an integrally formed product.

It is yet another object of this invention to provide such an integrally formed multi-function gasket in a form easily adapted to seal gaps in shield housings of all shapes, sizes and geometries.

It is yet another object of this invention to provide such a gasket which can be manufactured by molding processes.

4

It is yet another object of this invention to provide such a gasket which is substantially less prone to damage from abrasion and similar wear and tear.

It is yet another object of the invention to provide such a gasket with a variety of integrally formed carriers to facilitate mounting and maintenance.

These and other objects of the invention are accomplished by a multi-function gasket for shields having electrical apparatus and the like, operation of which tends to generate or be affected by, EMI/RFI, comprising: a resilient core with a sealed outer boundary layer; an electrically conductive sheath; and, means for mounting the gasket. The core is preferably a continuously molded, resilient foam core having a sealed outer boundary layer when cured. The sheath is preferably a flexible, electrically conductive and substantially abrasion resistant sheath surrounding the foam core and bonded to the boundary layer as the foam expands within and fills the interior of the sheath during the continuous molding. The shield may be sealed against EMI/RFI leakage, audible noise emission and environmental infiltration through perimeter gaps of electrically conductive doors, access panels and the like by the actions and interactions of the sheath, the foam core and the boundary layer. The flexible sheath is continuously pressed into positive and thorough contact with the conductive surfaces, between which it is mounted, by the resilient foam core, forming a continuous electrical path across the gaps and preventing EMI/RFI leakage through the gaps. The boundary layer prevents noise emission and environmental infiltration across the gaps. The cellular nature of the foam inhibits audible noise propagation through the gasket itself. Moreover, the sheath protects the boundary layer, and the underlying foam core, against damage from abrasion and the like.

The sheath is preferably a fabric, formed at least in part from electrically conductive fibers, or coated with an electrically conductive layer, or both. The metal surface, formed for example by electroless plating or sputtering, is not only highly resistant to damage from abrasion and the like, but is characterized by a relatively low coefficient of friction which enables the gasket to withstand sliding frictional contact. This provides an opportunity to mount the gasket in positions which are not appropriate for gaskets unable to withstand the rigors of sliding contact. The sheath may be provided with a coating on the interior surface thereof to inhibit bleeding of the foam through the sheath prior to curing.

The ability to manufacture the gasket in accordance with continuous molding technology reduces the cost of manufacture and enables the gasket to be molded with a carrier, for example a semi-rigid plastic, by means of which the gasket may be conveniently reinforced and/or mounted. It will be appreciated that multi-function gaskets according to this invention can also be produced, for example, by shot molding techniques. Such other techniques are not now believed to be as efficient as continuous molding molding.

Multi-function shielding gaskets in accordance with this invention are preferably made from a compressible urethane foam core encapsulated within silver-coated nylon ripstop fabric. The conductive fabric is bonded to the foam as an integral part of the manufacturing process. The resilient urethane is formulated to provide minimum closing force with maximum attenuation.

The excellent memory of the urethane foam permits it to return readily to its original shape after cycling and to adjust to cabinet door gap dimensions or irregular

4,857,668

5

surfaces. Urethane wrapped in conductive fabric also assures shielding/sealing continuity. Corners are easily accommodated, and even cabinet hinges can be shielded and sealed. Further benefits include light, dust and noise sealing, as well as providing a solid protective barrier against the intrusion of moisture and humidity.

EMI/RFI shielding/sealing gaskets offer an extremely high degree of shielding effectiveness. Test results (in accordance with the SAE-ARP 1705 transfer impedance test) from a three-eighth inch (⅜″) by three-eighth inch (⅜″) in cross-section gasket with silver coated ripstop nylon, revealed attenuation, measured in decibels(dB) of approximately 80–90 dB from 1 KHz through 1 MHz; approximately 60–70 dB from 1 MHz through 100 MHz; and, 55–60 dB from 100 MHz to 1 GHz.

Multi-function gaskets according to this invention are durable, dimensionally stable and safe. There are no wire strands or metal fingers that can snag or break; no ends to fray, and ends do not require potting. There is no shrinkage under heat or stretching during installation. There are no sharp edges, metal or otherwise, which are often prone to break. Even more importantly, people are protected from nicks and cuts, and equipment is never vulnerable to loose foreign conductive material.

Multi-function gaskets according to this invention provide very low closing force for cabinet doors and hatch covers. In fact, such closing forces can actually be reduced as much as ten times. Even so, the foam core enables the gasket to fill cavities and irregular spaces and thereby maintain shielding integrity. The very low closing forces greatly simplify the mounting problems heretofore experienced 'for such gaskets. Gaskets formed from relatively stiff metallic parts require substantial and robust mounting hardware. EMI/RFI gaskets according to this invention can, in very many instances, be mounted on flat surfaces by pressure-sensitive adhesives. In many instances, no special mounting grooves or hardware need ever be provided. Wherever appropriate, the urethane foam may be formulated as an unburnable char-foam, which will maintain at least an environmental seal, against passage of noxious gases and smoke even under the thermal loads of fire conditions.

These and other objects and advantages of the invention will become apparent to those skilled in the art from the following detailed description of the preferred embodiments of the invention, shown in the accompanying drawings.

BRIEF DESCRIPTION OF THE DRAWINGS

For the purpose of illustrating the invention there are shown in the drawings forms which are presently preferred; it being understood, however, the the invention is not limited to the precise arrangements and instrumentalities shown.

FIG. 1 is a perspective view and cross-section of a multi-function gasket according to a first embodiment of the invention;

FIG. 2 is a cross-section through a multi-function gasket according to a second embodiment of the invention;

FIG. 3 is a cross-section through a multi-function gasket according to a third embodiment of the invention;

FIG. 4(a) is a cross-section through a multi-function gasket according to a fourth embodiment of the invention;

6

FIG. 4(b) is cross-section through a mounted seal, of the kind shown in FIG. 4(a), in reduced scale;

FIG. 5(a) is a cross-section through a multi-function gasket according to a fifth embodiment of the invention;

FIG. 5(b) is a cross-section through a mounted seal, of the kind shown in FIG. 5(a), in a reduced scale;

FIG. 6 is a cross-section through a multi-function gasket according to a sixth embodiment of the invention;

FIG. 7 is a cross-section through a multi-function gasket according to a seventh embodiment of the invention;

FIG. 8 is a cross-section through a multi-function gasket according to a eighth embodiment of the invention;

FIG. 9 is a cross-section through a multi-function gasket according to a ninth embodiment of the invention;

FIG. 10 is a cross-section through a multi-function gasket according to a tenth embodiment of the invention;

FIGS. 11 and 12 illustrate mounting and operation of the gasket shown in FIG. 10.

Throughout the drawings, the thicknesses of various fabric sheaths, adhesive coatings and semi-rigid plastic carriers are shown in exaggerated scale to facilitate description and illustration of the invention.

DETAILED DESCRIPTION OF THE
PREFERRED EMBODIMENT

The simplest embodiment of a multi-function gasket according to this invention is shown in FIG. 1 and generally designated by reference numeral 10. The multi-function gasket 10 comprises a continuously molded foam core 12, which is resilient and compliant over a wide range of temperatures and which exhibits good compression set characteristics, that is, the material will "spring back" even after repeated compression and decompression and even after long periods of compression. The foam core is covered by a sheath 14 formed from an electrically conductive fabric material. The sheath 14 is bonded to the foam core during a continuous molding process in which the foam blows or expands inside of the sheath, the sheath being wrapped around the foam as it enters a travelling mold. The ends 16 and 18 of the sheath preferably overlap. This continuous molding process is described generally in commonly owned U.S. Pat. Nos. 3,700,368 and 3,781,390, the teachings of which are incorporated herein by reference. Accordingly, this process will not be described in greater detail herein.

The fabric may be conductive by reason of being formed directly from electrically conductive fibers or by reason of later treatment of the fabric by coating, or otherwise, with an electrically conductive material. The fabric may of course also be formed from a combination of electrically conductive fibers and after-treatment with an electrically conductive material. Examples of fabrics formed by weaving, braiding or knitting fabrics from conductive fibers are described in U.S. Pat. No. 4,684,762, the teachings of which are incorporated by reference. Another example is a silver coated fabric, woven first from 100% ripstop nylon and then made electrically conductive through a scouring and electroless plating process. The conductive material may also be applied by sputtering. This fabric material has been available in the market place for several years and is commonly made in both 30 denier (a unit expressing the

4,857,668

7

fineness of silk, rayon, nylon and other yarns as a function of weight in grams per length; lower denier numbers indicating finer yarn)and 100 denier material. The specific processes by which these kinds of fabrics are made do not form part of this invention, and, accordingly, are not described in detail herein.

As the foam core cures, a sealed outer boundary level 20 forms on the outer surface thereof, facing the inner surface of the sheath 14. The outer boundary layer has an adhesive character which effects a strong bond between the foam core and the sheath. This bonding is sufficient for securing the sheath over the core. Under some circumstances, the pressures of molding and blowing forces some foam to bleed through the fabric before curing. Although this provides an even stronger bond between the core and the sheath, the electrical continuity of the sheath is compromised. When such bleeding is a problem, a supplemental layer or coating 22 on the interior surface of the sheath prevents the foam from bleeding or leaking through the sheath, before the core cures. Adhesion of the sheath is promoted, with or without the coating or layer 22, by reason of the surface roughness of the fabric, to which the foam or coating strongly adheres. The foam core and coating are preferably compatible with regard to adhering to one another. The weave of a typical fabric 14 is shown in enlarged scale in circle I. The layer 22 is shown in enlarged and exaggerated scale, for purposes of illustration, in circle II. The layer 22 is also useful for bonding the overlapped edges 16 and 18 of the sheath to one another, at least remote from outer extreme edge 24. An adhesive strip 26 can be attached at the overlapped edges 16, 18, over extreme edge 24. A flame retardant organic layer or coating 22, preferably urethane, is presently preferred. Flame retardant urethane formulations are available commercially.

FIG. 2 illustrates a profile which is shaped somewhat differently of that of FIG. 1, but is otherwise structurally similar. Gasket 30 comprises a foam core 32 surrounded by electrically conductive sheath 34, the ends 36, 38 of which overlap one another. A strip of pressure sensitive adhesive 40 is provided for mounting the gasket. The gasket may be provided with a supplemental layer comparable to layer or coating 22 as shown in FIG. 1, to inhibit bleeding. The details of this aspect of the invention are the same in all of the illustrated embodiments, as in FIG. 1 Accordingly, these details are omitted from FIGS. 2–12 and from the following description. It will be appreciated by those skilled in the art that utilization of a layer or coating comparable to coating 22 will be more appropriate in certain circumstances than in others.

A reinforced profile 46 is illustrated in FIG. 3. In this case, a foam core 48 is molded onto a semi-rigid carrier 52, both of which are surrounded by conductive sheath 50. The carrier 52 imparts extra strength and some measure of rigidity. The plastic carrier may be formed from a number of suitable plastics, for example, polypropylene, as well as from paper, for example, kraft paper. It will be appreciated that the thickness of carrier 52 is exaggerated in scale to facilitate illustration thereof, this being the case for all such carriers shown in the drawings. The actual thickness of the carrier will depend upon the material from which it is made, it being necessary to provide some rigidity and some flexibility. Even so, typical thicknesses are 0.015 to 0.040 inches. Gasket 46 may be provided with a pressure-sensitive adhesive 54 for purposes of mounting the gasket. Alternatively,

8

in lieu of adhesive 54, the carrier may form mounting means for securing the seal in an inverted T-slot, as weatherstrips are sometimes mounted.

The gasket 60 shown in FIG. 4(a) illustrates the large measure of freedom in design which can be achieved with multi-function gaskets according to this invention. The bun gasket 60 comprises a foam core 62 covered by electrically conductive sheath 64. Gasket 60 can be mounted by insertion into grooves of corresponding shape or by use of pressure-sensitive adhesive along almost any surface portion thereof. Gasket 60 is shown mounted in double grooved structure 66 in FIG. 4(b) as a sliding door seal.

The gasket 70 shown in FIG. 5(a) illustrates an embodiment wherein a semi-rigid carrier is utilized for mounting the gasket in a kerf structure 84, for example a door or window frame, as shown in FIG. 5(b). Gasket 70 comprises a foam core 72 molded with or onto a semi-rigid carrier 76. Carrier 76 has a base portion 78 and a leg portion 80, defining a portion of the outer boundary of the gasket 70. Another leg 82 projects into the foam core 72. An electrically conductive sheath 74 surrounds both the core 72 and the boundary portions of carrier 76. Carrier 76 of gasket 70 will typically be thicker than carrier 52 of gasket 46 to accommodate the compression mounting loads, which can be appreciated from FIG. 5(b).

An alternative mounting structure is shown in FIG. 6. A gasket 90 has a substantially Z-shape cross section. A foam core 92 is molded onto and over a semi-rigid carrier 96 and a strip of magnetic material 108. The foam core 92, carrier 96 and magnetic strip 108 are surrounded by electrically conductive sheath 94. A metal clip 98 has a leg 102 for slipping over the edges of a metal panel, and is provided with a plurality of engagement prongs 104 along its length. The clip 98 also has a leg 100 which is forceably bent over and pressably engages a portion of that leg of the seal 90 in which the carrier 96 is disposed. This ensures excellent electrical contact between the metal clip 98 and the electrically conductive sheath 94. The .provision of a magnetic strip 108 illustrates that secure electrically conductive contact can be effected in an alternative fashion to compression of the seal. Such a seal will be effective even where the gap in a shield to be sealed is between two parts which move relative to one another during operation of the electrical apparatus. Such movement is typical where heavy equipment is shock-mounted on springs or the like. Such a seal is also effective for sealing gaps of different or varying width.

A gasket 110 having yet another configuration is shown in FIG. 7. Although the shape is different from the gaskets described herein before, the structural elements of the gasket 110 are essentially the same. A foam core 112 is molded over or with a semi-rigid carrier 116, both of which are surrounded by an electrically conductive sheath 114. The gasket may be mounted by means of pressure-sensitive adhesive 118. The gasket 110 may come as shown in FIG. 7, being mounted directly on a flat surface to which the adhesive will adhere. An alternative mounting arrangement for the same gasket is shown in FIG. 8. In FIG. 8, a gasket assembly 122 is formed by affixing gasket 110 to one leg 1 to 4 of a metal clip 126.

A variation of the gasket assembly shown in FIG. 8 is illustrated in FIG. 9. Gasket assembly 130 comprises two gaskets 46, as otherwise shown in FIG. 3, affixed to a metal clip 126. A comparison of FIGS. 1 through 9

4,857,668

9

serves to highlight the tremendous design flexibility which is imparted to the field by reason of the structural interactions of the various components from which gaskets according to this invention are formed.

Yet another mounting system is illustrated in FIGS. 10, 11 and 12. With reference first to FIG. 10, a gasket 140 has three foam core sections 142, 144 and 146 molded over and with a semi-rigid carrier 150. The carrier 150 has a stop or base portion 152, a segment 154 to inhibit longitudinal compression and a pair of deflectable fin portions 156. The three foam core sections and the carrier are surrounded by an electrically conductive sheath 148. The gasket 140 is adapted to be pressably inserted into a groove 162 of a door or panel 160, as shown in FIG. 11. The deflectable fin portions 156 of the carrier 150 inhibit movement of the seal out of its mounting position. The foam core sections 144 and 146 ensure good electrical contact between the electrically conductive sheath 148 and the corresponding engaged surfaces of the door 160 defining the groove 162. The door 160 may be all metal, as shown, or may be metal clad or may be formed from other conductive materials, for example, conductive plastics. Foam core portion 142 and that portion of the electrically conductive sheath 148 extending therearound, form a sealing tongue 158, which engages the surface of member 166. Member 166 may also be metallic, metal clad or formed from other conductive materials. Upon further closing of the gap and compression of the gasket, as shown in FIG. 12, sealing tongue 158 folds around and presents a broad portion of itself for engaging and sealing against member 166. The base segment 152 of carrier 150 presents unwanted movement and compression of the gasket 140 further into the groove 162 as the compression load increases.

Gasket 140 is particularly effective for doors. Even repeated sliding movement of the electrically conductive sheath 148 over the surface of member 166 does not noticeably degrade surface resistivity to any measurable extent. Gasket 140 is also useful because gaps of varied width may be sealed with the same part, whereas prior art seals might require three or more models of different dimensions to close gaps in the same range.

Multi-function gaskets, according to this invention, may also be used in combination with a movable closure assembly forming a weatherstripped window, door or the like, wherein the multi-function gasket forms at least some of the weatherstripping, and further comprising means for electrically grounding the sheath. Electrical signals radiated on one side of the closure assembly will be blocked from radiating through weatherstripped gaps in the closure assembly sealed by the multi-function gasket, thereby inhibiting reception of the signals on the other side of the closure assembly by electronic surveillance techniques. The closure assembly will have a frame for a window, door or the like on which the weatherstripping may be mounted, and the frame may comprise means for electrically grounding the sheath. The frame may be formed at least in part from electrically conductive material in electrical contact with the sheath and in electrical contact with means for electrically grounding the frame.

The variety of embodiments of EMI/RFI gaskets according to this invention, illustrated and described herein, have been presented to demonstrate the wide spread utility and flexibility of the invention. The variety of embodiments should not obscure the essential characteristics of all EMI/RFI gaskets made in accor-

10

dance with this invention. An EMI/RFI gasket characteristic of this invention comprises: a resilient core, a flexible, abrasion resistant, electrically conductive sheath surrounding the resilient core and means for affixing or mounting the gasket. Gaskets may be optionally provided with semi-rigid carriers or reinforcing strips and may optionally be provided with magnetic strips to enhance sealing contact. The mounting means may include adhesives, resilient or spring-type clips or profiles of specific cross-section, adapted for insertion into grooves of corresponding shape. The resilient or spring-type clips may be embodied in exterior metal spring clips or internal profiles of carriers having deformable or deflectable locking ribs. Semi-rigid carriers may also be provided with apertures for receiving or engaging fastening members.

The invention may be embodied in other specific forms without departing from the spirit or essential attributes thereof. Accordingly, reference should be made to the appended claims, rather than to the foregoing specification, as indicating the scope of the invention.

What is claimed is:

1. A multi-function gasket for electrical apparatus and the like, operation of which tends to generate or be adversely affected by electromagnetic and radio frequency interference (EMI/RFI), comprising:

a continuous, molded, resilient foam core having a sealed outer boundary layer;

a flexible, electrically conductive and substantially abrasion resistant sheath externally surrounding the foam core and bonded to the boundary layer, the foam filling the interior of the sheath and,

means for mounting the gasket, whereby an apparatus may be sealed against EMI/RFI leakage, noise emission and environmental infiltration through perimeter gaps of electrically conductive doors, access panels and the like by the actions and interactions of the sheath, the foam core and the boundary layer, the flexible sheath being continuously pressed by the resilient foam core into positive engagement with conductive surfaces between which the gasket may be mounted, forming a continuous electrical path enclosing the foam core, extending continuously across the gaps, and preventing EMI/RFI leakage through the gaps, the boundary layer preventing noise emission and environmental infiltration across the gaps and the sheath protecting the boundary layer against damage from abrasion and the like.

2. The gasket of claim 1, further comprising a coating on the interior surface of the sheath to inhibit bleeding of the foam through the sheath during the continuous molding.

3. The gasket of claim 1, wherein the sheath comprises a fabric material.

4. The gasket of claim 3, wherein the fabric is formed from non-conductive fibers and thereafter provided with a conductive coating.

5. The gasket of claim 3, wherein the fabric is formed at least in part from conductive fibers.

6. The gasket of claim 1, wherein the foam comprises a self-extinguishing char foam.

7. The gasket of claim 1, further comprising a semi-rigid carrier onto which the foam core is molded.

8. The gasket of claim 1, wherein the mounting means comprises adhesive strips.

4,857,668

11                                                              12

9. The gasket of claim 1, wherein the mounting means comprises metal clips.

10. The gasket of claim 7, wherein the mounting means is formed at least in part by the carrier.

11. A multi-function gasket for electrical apparatus and the like, operation of which tends to generate or be adversely affected by electromagnetic and radio frequency interference (EMI/RFI), comprising:

a molded, resilient core having a sealed outer boundary layer;

a flexible, electrically conductive and substantially abrasion resistant sheath surrounding the core and bonded to the boundary layer, the core filling the interior of the sheath; and,

means for mounting the gasket, whereby an apparatus may be sealed against EMI/RFI leakage, noise emission and environmental infiltration through perimeter gaps of electrically conductive doors, access panels and the like by the actions and interactions of the sheath, the core and the boundary layer, the flexible sheath being continuously pressed by the resilient core into positive engagement with conductive surfaces between which the gasket may be mounted, forming a continuous electrical path across the gaps and preventing EMI/RFI leakage through the gaps, the boundary layer preventing noise emission and environmental infiltration across the gaps and the sheath protecting the boundary layer against damage from abrasion and the like.

12. The multi-function gasket of claim 11, comprising a continuous molded core, the core being bonded to the sheath continuously along facing surfaces of the core and the sheath.

13. The multi-function gasket of claim 11, comprising a resilient foam core, the foam core filling the sheath, bearing resiliently outwardly against the sheath and bonding thereto.

14. The multi-function gasket of claim 11, comprising a shot molded core.

15. The multi-function gasket of claim 11, comprising a shot molded foam core.

16. A movable closure assembly forming a weatherstripped window, door or the like, comprising:

a multi-function gasket having a continuous, molded, resilient foam core with a sealed outer boundary layer;

a flexible, electrically conductive and substantially abrasion sheath externally surrounding the foam core and bonded to the boundary layer, the foam filling the interior of the sheath; and,

means for mounting the gasket along facing conductive surfaces of said window, door or the like, the multi-function gasket forming at least some weather stripping of said movable closure assembly, and further comprising means for electrically grounding the sheath, whereby electrical signals radiated on one side of the closure assembly will be blocked from radiating through weatherstripped gaps in the closure assembly sealed by the multifunction gasket, thereby inhibiting reception of the signals on the other side of the closure assembly by electronic surveillance techniques.

17. The combination of claim 16, wherein the closure assembly has a frame for a window, door or the like on which the weatherstripping is mounted, and the frame comprises means for electrically grounding the sheath.

18. The combination of claim 17, wherein the frame is formed at least in part from electrically conductive material in electrical contact with the sheath and in electrical contact with means for electrically grounding the frame.

*    *    *    *    *

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.   :   4,857,668

DATED        :   August 15, 1989

INVENTOR(S) :   Buonanno

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 2, line 52, after "indication", delete "the", first occurrence, and insert --that--.

Column 5, line 54, after "however", delete "the", second occurrence.

Column 7, line 47, after "FIG 1", insert a period.

Claim 4:  column 10, line 59, delete "and thereafter" and insert --, the fabric being--.

Signed and Sealed this

Eleventh Day of June, 1991

*Attest:*

HARRY F. MANBECK, JR.

*Attesting Officer*          *Commissioner of Patents and Trademarks*

# EXHIBIT B

# United States Patent [19]

## Kaplo et al.

[11] Patent Number: 5,045,635

[45] Date of Patent: Sep. 3, 1991

[54] **CONDUCTIVE GASKET WITH FLAME AND ABRASION RESISTANT CONDUCTIVE COATING**

[75] Inventors: **Joseph J. Kaplo**, Pittsford; **William Hoge**, Palmyra; **Craig Lund**, Lima, all of N.Y.

[73] Assignee: **Schlegel Corporation**, Rochester, N.Y.

[21] Appl. No.: **367,210**

[22] Filed: **Jun. 16, 1989**

[51] Int. Cl.$^5$ ........................... H05K 9/00; H01S 4/00
[52] U.S. Cl. ........................... **174/35 GC**; 174/35 R; 219/10.55 D; 29/592.1
[58] Field of Search ......... 174/35 R, 35 MS, 35 GC; 361/424; 219/10.55 D, 10.55 R; 29/592.1

[56]          **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,462,334 | 2/1949 | Pierson | 174/35 GC |
| 3,583,930 | 6/1971 | Ehrreich et al. | 252/514 |
| 3,609,104 | 9/1971 | Ehrreich | 252/511 |
| 4,399,317 | 8/1983 | Van Dyk | 174/35 GC |
| 4,447,492 | 5/1984 | McKaveney | 428/328 |
| 4,857,668 | 8/1989 | Buonanno | 174/35 GC |

Primary Examiner—Leo P. Picard
Assistant Examiner—Bot L. Ledynh
Attorney, Agent, or Firm—Eckert, Seamans, Cherin & Mellott

[57]          **ABSTRACT**

A conductive gasket for sealing facing flange plates against passage of electromagnetic and environmental effets has a conductive sheath, for example supported on a molded, resilient foam core, and structure for affixing the seal to conductive elements to be sealed. A conductive coating having suspended conductive particles in a nonreactive binder is applied externally to the sheath in order to reduce galvanic corrosion by isolating the dissimilar metals contained in the sealed elements and in the conductive sheath. The sheath coating is preferably applied as a colloidal suspension of carbon particles, to the entire outer surface of a metal plated sheath and provides a low resistance, environmentally isolated junction between the sheath and the elements to be sealed, excluding environmental electrolytes, while improving abrasion resistance and flame retardant attributes of the seal.

**12 Claims, 2 Drawing Sheets**



**U.S. Patent**          Sep. 3, 1991          Sheet 1 of 2          **5,045,635**



FIG. 1

FIG. 2

FIG. 3

FIG. 4

FIG. 5



34

see fig. 7a, 7b

22

40

26

FIG. 6a

EMBEDDED
MESH
see fig.6b

FIG. 7a

ELASTOMERIC
SHEATH          34          CONDUCTIVE
                            COATING

26

22                                      E.G.
                                        SILVER
                                        PLATING
FOAMED
CORE                    BOUNDARY
                        LAYER

FIG. 7b

CARBON
PARTICLES

URETHANE
BINDER
ELASTOMERIC
SHEATH
METAL
PLATING

FIG. 6b

5,045,635

1

# CONDUCTIVE GASKET WITH FLAME AND ABRASION RESISTANT CONDUCTIVE COATING

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to multi-purpose conductive gaskets for excluding electromagnetic interference (EMI), radio frequency interference (RFI) and also blocking environmental effects such as noise and moisture from the ambient atmosphere. More particularly, the invention concerns a conductive gasket or seal wherein a conductive sheath surrounding a resilient core is coated with a coating formed of a suspension of conductive particles. 2. Prior Art

Conductive seals and gaskets are known in a number of variations. Typically, the gasket bridges across metallic surfaces of adjacent or abutting conductive structures, for example at a closure of a cabinet, at a window or door, etc. The adjacent or abutting structures are to be continuously sealed to one another hermetically, to exclude air and moisture at least at low pressure differential, and also electrically, to exclude electromagnetic and radio frequency interference from affecting elements within the enclosure. Alternatively, the seal or gasket may be intended to prevent environmental or electromagnetic influences from escaping from an enclosure.

U.S. patent application Ser. No. 181,834, filed Apr. 15, 1988 (now U.S. Pat. No. 4,857,668) discloses a multi-function gasket of this general type. The gasket has a continuous, molded, resilient core, which is preferably fire-resistant foamed polyurethane. A flexible, electrically conductive sheath surrounds the foam core and is preferably bonded to a boundary layer around the outside of the core. The sheath can incorporate a metal mesh or foil, but preferably the sheath is resinous, for example Rip-Stop Nylon, and has a thin coating of metal plated thereon, for example silver. Alternative means are provided for mounting the gasket such that the sealed elements, such as electrically conductive doors, access panels and the like, are bridged across electrically and hermetically. Seals of this type are marketed by the Schlegel Corporation, Rochester, New York.

Seals and gaskets of the foregoing description might be appropriate for use in controlled environments where the temperature and humidity are maintained, and also in uncontrolled environments, where temperature and humidity vary. These seals are further employed in highly demanding applications such as marine use, wherein the seals are exposed to salt water, and even to space environments, wherein the seal and sealed elements are exposed to vacuum and high radiation.

Over the range of uses, there are important considerations which affect the choice of component materials for the sealed elements (hereinafter "flange plates") and for the gaskets or seals. Structural metals to be used in housings and cabinet structures, for example, may include various steels, possibly in the form of corrosion resistant alloys, aluminum, copper, magnesium, zinc and the like. It is also possible to alloy or coat metals such as steel to improve resistance to oxidation and corrosion. However, the use of dissimilar metals in conductive contact with one another inherently deteriorates at least one of the dissimilar metals when exposed to an electrolyte, due to galvanic action. When exposed to an electrolyte, (a salt solution having free ions) a migration of

2

electrons occurs, which affects the dissimilar metals unequally due to their different electron valence conditions. The migration of electrons causes accelerated oxidation in the less noble one of the dissimilar metals. The conditions needed for galvanic corrosion are simply the dissimilar metals and the electrolyte in contact with them.

When a conductive gasket for excluding electromagnetic interference is placed between two metal flange plates, dissimilar metals are quite likely to be employed and must be placed in contact. The use of dissimilar metals is expected because desirable attributes in flange plates (e.g., strength and rigidity) are not the same as those in gaskets (e.g., flexibility and maximum electrical conductivity). It is also frequently the case that the area of the seal is exposed to an electrolyte. For cabinet closures, doors and other openable seals, condensation occurs at the junction between environments of different temperatures and humidities, separated by the seal. Corrosion can be expected.

Galvanic corrosion causes a physical deterioration of the seal resulting in deterioration of both electrical and environmental sealing performance. The sealed flange plates develop gaps relative to the gasket as a result of corrosion-induced unevenness of the flange plate surface. The extent of electrical connection across the seal deteriorates due to the fact that metal oxides as a rule are relatively less conductive than the corresponding elemental metal and produce increased electrical resistance between the flange plates or the like to be sealed. The increased electrical resistance reduces the seal effectiveness as does the physical displacement of the conductive parts.

The basic objective of shielding against electromagnetic interference requires blocking passage of electromagnetic waves at the seal or gasket. Both electric and magnetic fields are involved and interact. If an enclosure is surrounded by a theoretically perfect conductor, an incident electric field will be fully reflected because an electric field equal and opposite to the incident electric field is induced in the conductive enclosure. Magnetic fields induce a current in the conductive enclosure, and incident EMI or RFI waves include both electric and magnetic energy. The current induced in the enclosure by the field will vary across the thickness of the conductive enclosure, being greatest at the surface adjacent the incident field. A portion of the electromagnetic wave is reflected at the inner boundary of the enclosure, however, some of the radiation will reach the inside of the enclosure unless the conductive walls are very conductive and very thick.

A gap in the conductive shield produced either by physical spacing or by increased electrical resistance will allow a greater proportion of an incident electromagnetic field to radiate through the shield. Gasket material normally is flexible and has a lower conductivity than the material of the conductive enclosure or shield (i.e., a relatively higher electrical resistance). A highly conductive material is desirable to maintain a low resistance and minimal leakage at the interface between the gasket and the shield-defining flange plates or other elements.

If an air gap exists, the flow of induced current is diverted to those points or areas of the seal and sealed elements which are in contact. A high resistance joint, which may be caused by corrosion of the seal and sealed

5,045,635

3

elements at their face and surfaces behaves in a manner similar to a gap.

In view of the corrosion caused by galvanic action between dissimilar metals, it may be desirable to employ similar metals for the sealed elements and the gasket. It is also appropriate to finish the metal which is expected to corrode, to decrease the incidence of corrosion. A relatively more corrosion-prone metal, for example, magnesium, tin, steel or aluminum, can be coated with relatively more-noble finishes which are less likely to corrode, for example, gold, platinum, silver, nickel, etc. Corrosion resistances thus improve for the overall sealed element. On the other hand, corrosion will be even greater if the seal breaks down or is applied so thinly as to be porous, because dissimilar metals are in contact with each other at the site of an electrolyte. Some finishes, for example, chromate conversion coatings (e.g. Iridite for aluminum) are moderately conductive, and improve corrosion performance. Organic finishes can also be used. Such finishes are not fully effective because they are characterized by increased electrical resistance relative to bare metal, and a corresponding decrease in EMI shielding effectiveness; there is a possibility of corrosion should the finish become deteriorated; and in other respects leave room for improvement.

Conductive sheaths for seals available in the Schlegel product line employ various different metals, as needed for sealing between conductive elements of various descriptions. Most EMI/RFI gaskets are placed between two structural metal flanges, usually of aluminum or steel. A conductive gasket is interspersed, for example, the above-described Schlegel gasket with a conductive sheath of metallized nylon, on a foam core. It is also possible to use a sheath formed of a wire mesh or including metal fibers, for example including Monel or Ferrex. Monel is an alloy of nickel, copper and usually iron and manganese. Ferrex is a copper clad steel. While these materials are preferred for good conductivity, galvanic corrosion can be a serious problem.

Given the use of dissimilar metals, steps must be taken to control corrosion. Even when it is practical to seal flanges with finishes such that a more noble member is at the exposed surface and normally prevents electrolytes in the ambient atmosphere from reaching the less-noble metal, it is still desirable to design the interface properly to exclude moisture, and to cause the seal material to fill all gaps caused by uneven flange shapes, surface irregularities, bowing of the flange plates adjacent fasteners, and the like. Typically, designers of conductive elastomer gaskets will select a sheath material such as silver plated or aluminum filled elastomers, or silver-copper elastomers. The seals are kept clear of sump areas and/or are provided with drainage holes to remove any electrolyte accumulating due to condensation, etc. Dessicants may be employed, and protective paints are preferably applied to flange surfaces approaching the area of the seal. Military standards go so far as to prefer double seals, an external environmental seal being employed in addition to an electromagnetic seal. The outer, non-conductive environmental seal protects the inner, conductive seal from the ingress of electrolyte. (See e.g. Mil-Std-1250; Mil-Std-889; or Mil-Std-454).

According to the present invention, the incidence of corrosion can be minimized further, in a manner that also improves the durability of the gasket. The invention can be employed instead of, or in addition to a double seal structure. Contrary to the usual objective of

4

placing only similar materials in direct abutment across the gasket interface, the invention relies on a further conductive coating on the gasket sheath. The further conductive coating is made from a dispersion of conductive particles in a preferably-curable elastomeric binder. The binder prevents direct exposure of the metal components of the seal to environmental electrolytes, reduces abrasion which could wear away protective or similar-metal coatings on the corrosion-prone flange plates, for example of aluminum, and provides the necessary conductive connection. The corrosion resistant and conductive coating, however, has the further and unexpected benefit of substantially decreasing the flammability of the seal. Preferably, the sheath coating is a colloidal dispersion of conductive particles, especially a colloidal dispersion of carbon particles in a urethane-based flexible elastomeric binder.

Whereas the prior art has recommended doubling seals to isolate an EMI seal from environmental influences, the invention allows the seal to inherently exclude environmental influences (especially electrolytes), while retaining good conductive characteristics.

## SUMMARY OF THE INVENTION

It is an object of the invention to lower the electrical resistance across a gasket interspersed between sealed flange plates.

It is also an object of the invention to exclude environmental electrolytes from dissimilar metals employed at the junction between conductively sealed flange plates.

It is a further object of the invention to improve the durability of conductive seals by decreasing the abrasion effects and flammability.

It is yet another object of the invention to reduce the expense and complexity of seals used to achieve a given degree of effectiveness in electromagnetic shielding.

These and other objects are accomplished by a conductive gasket for sealing facing flange plates against passage of electromagnetic and environmental effects having a conductive sheath, for example supported on a molded, resilient foam core, and structure for affixing the seal to conductive elements to be sealed. A conductive coating having suspended conductive particles in a nonreactive binder is applied externally to the sheath in order to reduce galvanic corrosion by isolating the dissimilar metals contained in the sealed elements and in the conductive sheath. The sheath coating is preferably applied as a dispersion of conductive particles in a flexible elastomeric binder, for example a colloidal dispersion of carbon particles in a urethane-based binder, to the entire outer surface of a metal plated sheath. The coating provides a low resistance, environmentally isolated junction between the sheath and the elements to be sealed, excluding environmental electrolytes, while improving abrasion resistance and flame retardant attributes of the seal.

## BRIEF DESCRIPTION OF THE DRAWINGS

There is shown in the drawings the embodiments that are presently preferred. It should be understood, however, that the invention is not limited to the precise arrangements and instrumentalities shown in the drawings, wherein:

FIG. 1 is a cross sectional view of a slot-mounted conductive seal according to the invention.

FIG. 2 is a section view illustrating mounting of the seal between facing flange plates.

5,045,635

5

FIGS. 3–5 are section views illustrating alternative embodiments of the seal.

FIG. 6a is a perspective view of the cross-section of an embodiment of the seal at the conductive coating.

FIG. 6b is an elevation view showing the embedded mesh according to FIG. 6a.

FIG. 7a a detailed cross-section from area 7 on FIG. 6, showing the surface structures.

FIG. 7b is a closer detail showing the conductive coating of the invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The gasket of the invention serves a plurality of functions, having protective features including electromagnetic shielding, isolation from environmental infiltration and prevention of noise emission. This requires providing as continuous as possible an electrically conductive path across the gap defined between sealed flange plates. The body of the gasket is resilient, for example filled with a fire-retardant urethane foam. When compressed the gasket smoothly conforms to the surface of the sealed flange plates adjacent the gap.

Insofar as the seal of the invention can have a foam core, the core preferably defines an outer boundary layer enclosed by the electrically conductive sheath. The foam core and sheath of the seal are preferably joined by a continuous molding process wherein a foam core expands and cures in a traveling mold surrounded by a polyethylene or vinyl laminate sheath with a conductive sheath and embedded metal fibers or the like to form a conductive path from the flange plates to the sheath surface. The sheath can have Monel or Ferrex metal fibers therein, or aluminum or silver can be used. The sheath can have an exposed wire mesh outside, but preferably is metallized by a sputtered-on or plated-on conductive coating, for example silver, applied to the outer side of the sheath by a diffusion technique prior to bonding the sheath to the foam core. The underlying structures of the core and sheath can be substantially as disclosed in U.S. patent application Ser. No. 181,834, filed Apr. 15, 1988 (now U.S. Pat. No. 4,857,668), the teachings which are hereby incorporated. This gasket requires only about a 25% compression to be highly effective, and is easily mounted using pressure sensitive adhesives, clip-on or fastener arrangements, or by use of a complementary shape of the seal such that the seal can be compressed into one or more slots in the flange plates. Preferably the foam core is formulated from a combustion-modified high resilience polyurethane.

An embodiment invention is illustrated in FIG. 1. In order to electrically and environmentally bridge across the two facing flanges 50, seal strip 40 is maintained between them. In the embodiment of FIG. 1, the seal 40 is affixed to the respective flange plate by being compressed into a slot 52 of one of the facing flanges 50. It is also possible to employ other attachment techniques for affixing the seal strip 40 in position and some other possibilities are illustrated in FIGS. 3–5, namely magnets, double slot arrangements, spring clips, etc.

FIGS. 6–8 illustrate the respective layers of sheathing and coating applied to the foam core. Seal strip 40 has a central foam body 22, preferably a continuous molded polyurethane foam. This material can be compressed and relaxed many times without deterioration and thus effectively exerts a continuous outward pressure that causes the seal strip 40 to conform to the contour of the facing sealed flange 50, pressing the sheath into electri-

6

cal contact with the facing flange plate and providing a hermetic seal, at least at relatively low differential pressures.

Foam body 22 is enclosed in a conductive sheath 26. Sheath 26 fully enclosing the foam core, the sheath presents a conductive bridge that produces an electrical connection across the flange plates, as needed to block electromagnetic radiation. There is some electrical resistance inherent in the embedded conductive material of the sheath, and additional resistance at the area of surface contact between the flange plates 50 and the conductive sheath 26. The resistance is preferably minimal, due to good surface contact between the respective conductive parts.

The sheath as noted above is preferably a metallized elastomer. The sheath can also be, for example, a metallized elastomer (e.g., metal filled, plated, laminated, etc.). Monel mesh, copper or light metallic sheet element, applied to the foam core when the core was first extruded and expanding. Plated and alloyed combinations are also possible for the mesh and/or other surface metal, for example, silver plated copper-filled elastomer, tin-plated beryllium-copper, tin plated copper clad steel mesh or silver plated aluminum filled elastomer.

The choice of a metal mesh sheath as opposed to a metal-containing elastomeric sheath must be made with consideration given for the extent of shielding needed and the possibility of corrosion of the flanges 50. The resistivity of a continuous body of metal is different than that of a metal-filled elastomer, by several orders of magnitude. Therefore, the choice of an elastomer will imply better resistance to corrosion (due to reduced current carrying for driving the galvanic action) but also deteriorated electro-magnetic shielding. The choice of a metal mesh, for example, has a much higher current carrying capacity but suffers from increased corrosive effects.

According to the invention, a metallized surface or foil as shown in the embodiment of FIGS. 7 and 8 is preferred for good current carrying and shielding capabilities. However, also according to the invention, a mesh or foil as shown in FIGS. 6a and 6b is coated with a surface coating that ameliorates the drawbacks of an exposed metal surface. The surface is protected from access by electrolytes while maintaining conductivity by means of an applied coating containing a dispersion of conductive particles in a binder. A colloidal dispersion of conductive particles provides a conductive path from the sheath surface to the surfaces of the facing flange plates, defined by numerous points of conductive contact between the conductive particles in the coating. The particles on the surfaces of the coating contact the sheath and the flange plate, respectively. Particles residing below the surfaces are embedded in the elastomer and thus protected from exposure to electrolytes. In this manner dissimilar metals can be used in the path between the flange plates, including sheath 26 and its coating 34. Environmental influences such as ambient salt spray or other electrolytes are thus isolated from the area at which corrosion is a greater problem, i.e., between the mesh and its coating.

The coating 34 according to the invention has the additional effect of resisting abrasion between the metal plated or mesh sheath 26 and the facing flange 50. In this manner, the possible deterioration of corrosion resistant surface coatings on flange 50 are better protected. A chromate conversion coating (e.g., Iridite) can be used effectively on aluminum flange plates, and

5,045,635

7

the coating of the invention very substantially reduces wear on the coating. As a result, the facing surfaces remain smooth and flat and seal strip 40 easily conforms to the surface.

Surprisingly, the colloidal dispersion according the invention also improves the seal by rendering it less flammable. The foam urethane core is preferably a combustion-modified foam that is not readily flammable. Elastomeric binders, as proposed for the sheath 26 and coating 34, however, are normally flammable. Nevertheless, test results show that the dispersion of conductive particles in an elastomeric binder as applied to the overall sheath has the effect of decreasing the flammability of the overall seal.

Coating 34 is a conductive particulate dispersion in an elastomeric binder, providing a corrosion inhibitor on metallic interfacing surfaces or gasketing used for EMI shielding for electronics and other materials that would otherwise be highly susceptible to galvanic corrosion in the presence of an aggravating electrolyte. The particles employed in the dispersion can be the same metals as in the flange plates, their platings, or the sheath 26. The particles can thus include, for example, flakes or fibers of nickel, aluminum, silver, etc. Preferably, the particles are carbon in the form of carbon black. The particles can also be other forms of carbon, for example graphite, ground as finely as practicable, and carried in an elastomeric binder. In a preferred embodiment, the carbon black is loaded in the elastomeric binder at a loading of about 25% to 40% by weight. Individual particles in the carbon black can be, for example, on the order of 25 to 75 microns ($10^{-6}$ meter) on a side.

The carbon or other conductive particles contained in the coating should be so small as to provide a colloidal (non-settling) dispersion in the particular binder used. A preferred binder is urethane-based elastomer, which is a solvent and resin mixture, applied in thickness comparable to paint to produce a flexible moisture-proof layer. Other possible binders for the conductive particles include acrylics, rubber formulations such as styrene butadiene rubber (SBR) or polyvinyl chloride (PVC), etc. In each case the binder is preferably provided at a viscosity comparable to paints, whereby application to the sheath material is conveniently accomplished using brushes, rollers or sprays.

Conductive colloidal particulate dispersion coatings such as carbon black in urethane binder, maintain a high electrical conductivity and thus achieve an appropriately high performance level of electromagnetic shielding, even when exposed to elevated temperatures or high humidity. Gaskets coated with the material maintain good electrical contact between the underlying highly conductive metal of the plated, mesh or foil sheath 26, with respect to the facing flange. Temperature ranges from $-10$ to $+70$ degrees C. are accommodated, notwithstanding the fact that temperature variations within this range are likely to produce condensation and collection of atmospheric electrolyte. In addition to seals formed between facing flange surfaces such as are defined by metallic cabinet components, it is also possible to use the coating of the invention on other surfaces having similar requirements. Conductive tape, cable shielding and even wall coverings can be coated to produce a surface which is resistant to corrosion, deterioration through oxidation from atmospheric exposure, and operable to shield against electromagnetic radiation or interference.

8

Whereas aluminum is a natural oxidizer which will produce a non-conductive oxide, thereby deteriorating the EMI/RFI shield, the colloidal coating according to the invention intends to inhibit oxidation on the aluminum surface, which improves electrical contact and shielding performance. Therefore, it is possible according to the invention to use untreated aluminum for the mating surfaces of panels and electrical components, that function as shielding elements.

The electrical conductivity of the gasket coating 34 will vary with the concentration of conductive particles in the binder. A relatively higher concentration improves conductivity and a relatively lower concentration improves corrosion resistance. It is presently preferred that the coating be prepared with sufficient concentration of conductive particles to produce about 0.5 to 1.0 ohm per cm, preferably 0.5 ohm per cm surface resistance. A coating of this description, using off-the-shelf carbon black in a urethane binder was applied to a gasket of silver plated rip-stop Nylon with a foamed urethane core, and its performance was compared to that of an uncoated gasket for abrasion effects and for flammability. The coated gasket provided good electromagnetic shielding, good abrasion resistance, and decreased flammability compared to the uncoated gasket.

A 6 mm by 6 mm gasket with a combustion-modified foam core and 30 denier uncoated sheath was subjected to the UL-94 flammability test, with the following results:

| | UNCOATED SAMPLE | | | | |
|---|---|---|---|---|---|
| Sample # | 1 | 2 | 3 | 4 | 5 |
| Duration of flame 1st ignition (sec.) | 4.4 | 3.3 | 2.2 | 7.1 | 2.9 |
| Duration of flame 2nd ignition | | 5.8 | 12.4 | 17.0 | 6.5 |
| Did specimen burn up to clamp? | no | no | no | no | no |
| Did flaming drips ignite the cotton? | yes | yes | no | yes | yes |

The same size gasket with a sheath coated with the colloidal carbon particle suspension of the preferred embodiment performed according to the following tables, the first table showing results with the sample in freshly made condition and the second table showing results for a sample that was "aged" at 70 degrees C., overnight:

| | COATED SAMPLE | | | | |
|---|---|---|---|---|---|
| Sample # | 1 | 2 | 3 | 4 | 5 |
| Duration of flame 1st ignition | 0 | 0 | 0 | 0 | 0 |
| Duration of flame 2nd ignition | 3.7 | 0 | 4.4 | 0 | 1.7 |
| Did specimen burn up to clamp? | no | no | no | no | no |
| Did flaming drips ignite the cotton? | no | no | yes | no | no |
| | AGED COATED SAMPLE | | | | |
| Duration of flame 1st ignition (sec.) | 0 | 0 | 0 | 0 | 0 |
| Duration of flame 2nd ignition | 0 | 0 | 0 | 1.7 | 0 |
| Did specimen burn up to clamp? | no | no | no | no | no |
| Did flaming drips ignite the cotton? | no | no | yes | no | no |

5,045,635

| 9 | 10 |

Similarly favorable results were obtained in abrasion resistance. For this test, coated and uncoated gaskets were mounted on a wear tester (CSI - Stoll Quartermaster Universal Wear Tester, Model CS-22C) and cycled over a one inch stroke at 25 cycles per minute, using a bladder pressure of 3 psi and a 2 lb weight. Chromated steel plates were used as the abradent. The extent of abrasion was measured by measuring the average surface resistance and also by visually assessing the proportion of removed chromate coating, using a microscope.

| NUMBER OF CYCLES | % REMOVAL | SURFACE RESISTANCE |
|---|---|---|
| COATED SAMPLE | | |
| 0 | 0% | 0.5 OHM/SQUARE |
| 1,000 | 5 | 0.7 |
| 5,000 | 10 | 0.5 |
| 10,000 | 15 | 0.4 |
| 50,000 | 30 | 0.8 |
| 100,000 | 55 | 1.0 |
| UNCOATED SAMPLE | | |
| 0 | 0% | 0.5 OHM/SQUARE |
| 1,000 | 10 | 0.6 |
| 5,000 | 30 | 1.0 |
| 10,000 | 55 | 1.2 |
| 50,000 | 65 | 1.5 |
| 100,000 | 80 | 2.5 |

Abrasion greater than 60% can be equated with failure of the seal. According to the invention, a substantially improved service life was obtained, while retaining surface resistance within acceptable levels and with unexpected improvement in flammability characteristics. Insofar as flammability was improved, it is believed that the improvement results from covering the metallic plating on the sheath, which otherwise acted somewhat like a wick, to carry volatile materials to the surface and encourage burning.

The invention as disclosed is a sealing apparatus including first and second electrically conductive bodies 50 having conductive surfaces arranged to bear toward one another, a conductive seal 40 being disposed on at least one of the bodies and arranged to be interspersed between the bodies for shielding against passage of at least one of electromagnetic effects and environmental effects. A conductive coating 34 on the seal 40 includes a dispersion of conductive particles in a binder. Preferably, the particles are metal or carbon particles small enough to be carried in a colloidal suspension in the binder. The particles may be carbon particles about 25 to 75 microns in size, loaded in an elastomeric binder in a proportion of about 25% to 40% by weight. The sheath can for example, include at least one of aluminum, tin, copper, silver, gold, Monel and Ferrex. The sheath can be, for example, wire mesh or a foil, the sheath preferably being an elastomeric material with a plated-on or sputtered-on metallized layer or foil, for example of silver. The sheath can include a curable elastomer, silicone, neoprene or the like. A preferred sheath material is silver coated rip stop nylon.

The seal is normally applied to seal the bodies 50, normally including at least one of aluminum, nickel, steel, zinc and magnesium. The bodies 50 can include a metal covered by a surface treatment or plating, for example nickel on steel or aluminum, or a chromate conversion coating or a conductive organic coating. The colloidal dispersion preferably includes metallic particles and a flexible paint, for example a urethane-based paint. The metallic particles can be the same ma-

terial as the sealed bodies 50, for example aluminum. The preferred conductive particles are carbon black, graphite and/or elemental metal nickel.

The invention also concerns a method of sealing electrically conductive bodies against electromagnetic and environmental effects while reducing corrosion. The method includes the steps of interspersing a conductive seal between the bodies 50, coating the conductive seal 40 with a conductive coating 34 having a dispersion of conductive particles, the coating being applied before or after interspersing the seal, at least on an area of the seal disposed against one of the bodies 50. The sheath 26 can include, for example, at least one of aluminum, tin, copper, silver, gold, Monel and Ferrex, and preferably is a wire mesh or metal foil. The sheath can include a curable elastomer, silicone, neoprene or the like, and can be formed from silver coated rip-stop nylon.

The bodies 50 to be sealed normally include at least one of aluminum, nickel, steel, zinc and magnesium. The bodies 50 can include a covering, for example a nickel plating, a chromate conversion coating or a conductive organic coating.

The apparatus of the invention is a gasket for blocking passage of electromagnetic and environmental effects between conductive bodies 50, comprising a continuous, molded, resilient foam core 22 in a flexible, electrically conductive and substantially abrasion resistant sheath 26, externally surrounding the foam core 22 and bonded to the foam core 22, the core filling the interior of the sheath. Means for attaching the gasket to at least one of the bodies are included, such that the resilient foam core presses the sheath against the bodies. A conductive coating is provided on the sheath, the coating being a colloidal dispersion of conductive particles.

The invention can also be characterized as an improved apparatus of the type having at least two conductive bodies and a resilient conductive gasket for blocking electromagnetic and environmental effects from passing the seal between the bodies, the gasket and the bodies together defining dissimilar metals subject to galvanic corrosion when exposed to an electrolyte, the improvement comprising a protective coating 34, applied to the gasket at least on a surface facing one of the bodies, the protective coating including a dispersion of conductive particles. Preferably, the coating is applied to the entire outside of the sheath 26, which can be a metal mesh, foil or the like. The preferred coating is carbon black in a urethane-based flexible binder.

The invention having been disclosed, additional embodiments will be apparent to persons skilled in the art. Reference should be made to the appended claims rather than the foregoing specification as indicating the true scope of the invention.

We claim:
1. An apparatus comprising:
first and second electrically conductive bodies having conductive surfaces arranged to bear towards one another;
a conductive seal body disposed on at least one of the electrically conductive bodies and arranged to be interspersed between the electrically conductive bodies for defining an electrically conductive path and shielding against passage of electromagnetic effects and environmental effects, the conductive seal body defining a highly conductive metal path of at least one of aluminum, nickel, tin, copper,

5,045,635

11

silver, gold, copper clad steel, and an alloy including at least two of nickel, copper, iron and manganese, the highly conductive metal path disposed between the conductive surfaces of the first and second electrically conductive bodies; and,

A sheath on the external surface of the conductive seal body formed by a protective conductive coating including a dispersion of conductive particles in a flexible elastomeric binder, the elastomeric binder including at least one of a curable elastomer, silicone, neoprene and nylon and the conductive particles being chosen from the group carbon black, graphite and elemental metal of size and density to provide a surface resistance in the coating of about 0.5 to 1.0 ohms per cm;

whereby the conductive particles complete a conductive path including the conductive seal body, the conductive path bridging between the electrically conductive bodies, and the elastomeric binder minimizes corrosion at the surfaces of the electrically conductive bodies.

2. The apparatus of claim 1, wherein the dispersion is a colloidal dispersion of the conductive particles and the elastomeric binder is an elastomeric paint.

3. The apparatus of claim 2, wherein the colloidal dispersion includes particles of carbon.

4. An apparatus comprising:

first and second electrically conductive bodies having surfaces arranged to bear towards one another;

a conductive seal disposed on at least one of the bodies and arranged to be interspersed between the bodies and arranged for shielding against passage of at least one of electromagnetic effects and environmental effects;

a sheath on the conductive seal, forming a conductive coating including a dispersion of conductive particles in a flexible elastomeric binder, and wherein the bodies include aluminum covered by at least one of a nickel coating, a chromate conversion coating and a conductive organic coating.

5. The apparatus of claim 4, wherein the conductive coating includes a paint chosen from a group consisting of urethane, acrylic, rubber and polyvinyl chloride based paint.

6. A method of sealing electrically conductive bodies against electromagnetic and environmental effects, while reducing corrosion, comprising the steps of:

interspersing a conductive seal between said bodies;

coating the conductive seal with a conductive coating having a dispersion of conductive particles, said coating being applied at least on an area of the seal disposed against one of said bodies, and, wherein the dispersion of conductive particles is made by mixing together carbon black and an elastomeric binder to provide a coating with a surface resistance of about 0.5 to 1.0 ohms per cm.

7. The apparatus of claim 6, wherein the elastomeric binder includes urethane.

8. A gasket for blocking passage of electromagnetic and environmental effects between conductive bodies, comprising:

12

a continuous, molded, resilient foam core in a flexible, electrically conductive and substantially abrasion resistant sheath externally surrounding the foam core and bonded to the foam core, the foam core filling the interior of the sheath;

means for attaching the gasket to at least one of the bodies such that the resilient foam core presses the sheath against at least one of the bodies, the sheath defining a highly conductive metal path of at least one of aluminum, nickel, tin, copper, silver, gold, copper clad steel, and an alloy including at least two of nickel, copper, iron and manganese; and,

a conductive coating on the external surface of the sheath, the coating including a dispersion of conductive particles in an elastomeric binder including at least one of a curable elastomer, silicone, neoprene and nylon and the conductive particles being chosen from the group consisting of carbon black, graphite and elemental metal of size and density to provide a surface resistance in the coating of about 0.5 to 1.0 ohms per cm;

whereby the gasket blocks passage of electromagnetic and environmental effects while resisting abrasion and flame.

9. The gasket of claim 8, wherein the conductive coating is a colloidal dispersion of carbon black in a urethane binder.

10. An improved apparatus of the type having at least two conductive bodies and a resilient conductive gasket for blocking electromagnetic and environmental effects from passing between the bodies, the gasket and the bodies together defining dissimilar metals subject to galvanic corrosion when exposed to an electrolyte, the improvement comprising:

a protective coating applied to the gasket at least on an external surface of the gasket facing one of said bodies, the protective coating including a colloidal dispersion of conductive particles in an elastomeric binder, the protective coating having a surface resistance of about 0.5 to 1.0 ohms per cm;

whereby the protective coating provides electrical connection bridging between the gasket and the bodies while minimizing said galvanic corrosion.

11. The improved apparatus of claim 10, wherein the conductive particles are chosen from the group consisting of carbon black, graphite and elemental metal.

12. An improved apparatus of the type having at least two conductive bodies and a resilient conductive gasket for blocking electromagnetic and environmental effects from passing between the bodies, the gasket and the bodies together defining dissimilar metals subject to galvanic corrosion when exposed to an electrolyte, the improvement comprising:

a protective coating applied to the gasket at least on a surface facing one of said bodies, the protective coating including a colloidal dispersion of conductive particles, and wherein the conductive particles are about 25 to 75 microns in size and are loaded in an elastomeric binder to a proportion of about 25% to 40% by weight.

*   *   *   *   *

65

# EXHIBIT C

US005105056A

# United States Patent [19]

## Hoge, Jr. et al.

[11] Patent Number: 5,105,056

[45] Date of Patent: Apr. 14, 1992

[54] **ELECTROMAGENTIC SHIELDING WITH DISCONTINUOUS ADHESIVE**

[75] Inventors: **William C. Hoge, Jr.**, Palmyra; **Merle C. Ferris**, Rochester, both of N.Y.

[73] Assignee: **Schlegel Corporation**, Rochester, N.Y.

[21] Appl. No.: **604,562**

[22] Filed: **Oct. 26, 1990**

[51] Int. Cl.⁵ .............................................. H05K 9/00
[52] U.S. Cl. ........................... 174/35 GC; 174/35 MS
[58] Field of Search .......... 174/35 GC, 35 R, 35 MS;
219/10.55 D, 10.55 R; 361/424; 277/227, 228,
229, 230, 235 R, 235 A; 156/60, 295

[56] **References Cited**

### U.S. PATENT DOCUMENTS

4,857,668  8/1989  Buonanno ...................... 174/35 GC
4,988,550  1/1991  Keyser et al. ......................... 428/40

### OTHER PUBLICATIONS

Severinsen, Gasket that Block EMI, vol. 47, No. 19 (Aug. 7, 1975).

*Primary Examiner*—Leo P. Picard
*Assistant Examiner*—Bot Ledynh

*Attorney, Agent, or Firm*—Eckert Seamans Cherin & Mellott

[57] **ABSTRACT**

A shield blocks passage of electromagnetic energy through a seam of indefinite length between conductive elements and is adhesively attached to at least one of the elements. A preferably non-conductive adhesive is disposed on a conductive surface of a seal in a discontinuous pattern along the length of the seam, defining area of 5–40% adhesive for physically attaching the conductive surface, separated by 60–95% exposed areas for direct electrical contact. The seal can include a compressible body or can be defined by a conductive sheet, for example a fabric provided with a plating or other conductive coating. The areas of adhesive preferably define longitudinally non-overlapping inclined lines extending laterally across the seam. A release liner can removably attach to the adhesive. In a preferred embodiment the conductive surface is the surface of a compressible seal body, such as a conductive sheath on a compressible core. A conductive path extends without interruption along the length of the seam and across the lateral width of the seam at the adhesive lines, providing improved physical attachment and conductivity characteristics for the shielded seam as a whole.

**26 Claims, 2 Drawing Sheets**







FIG. 7

FIG. 8



FIG. 9a

FIG. 9b

FIG. 9c

5,105,056

| 1 | 2 |

# ELECTROMAGENTIC SHIELDING WITH DISCONTINUOUS ADHESIVE

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

This invention relates to the field of electromagnetic shielding, including conductive seals and gaskets for sealing between abutted parts of conductive bodies, and also to shielding material in sheet form, applied as a barrier to electromagnetic radiation passing into or out of enclosures, cables, conduits and the like. In particular, the invention concerns such shielding seals, gaskets and/or sheets wherein the material of the shield is affixed to a conductive surface by a discontinuous and preferably nonconductive adhesive.

### 2. Prior Art

Shielding against electromagnetic interference (EMI) involves providing a conductive barrier in which currents induced by incident electromagnetic fields are grounded and/or dissipated in eddy currents. Conductive seals and gaskets typically are used to render continuously conductive the junction of an abutment between conductive parts of the enclosures of electrical or electronic equipment. The conductive parts of an enclosure may be relatively movable, as in the case of a door of a cabinet, or the conductive parts can be intended to remain abutted, as in the case of panels which are held together by fasteners. The shielding of cables and the like typically involves surrounding the entire cable in a shield material Similarly, conductive seals and gaskets may have a conductive sheet material wrapped or wound on a compressible form. While it is possible to form a seamless tube of conductive sheet material for a cable shield, it is also possible to wrap the cable with conductive sheet material, defining a longitudinal or helical seam at which the conductive material must be joined so as to conduct across the seam. Seams are also defined in use between conductive material of a seal or gasket and the cabinet panels or the like to which the seal or gasket is affixed.

The shielding may be intended either to confine or to exclude electromagnetic interference. In connection with microwave ovens and the like, for example, the objective is to confine the microwave field to the inside of the enclosure. In connection with communications equipment and the like, the objective may be either or both of isolating the circuitry within an enclosure from ambient electromagnetic interference (EMI) and/or protecting other equipment from interference generated in the shielded equipment. Shielding can protect against potential damage as well as potential improper operation due to induction of currents by external fields. Apart from interference, electromagnetic shielding techniques may be employed to protect vulnerable circuitry from damage due to electromagnetic pulses, such as are produced by nuclear detonations.

Whether the plane or surface to be shielded is between movable or immovable conductive surfaces, or whether the shield material is to be wrapped around an element without bridging across conductive surfaces other than the shield material itself, the need to conductively fix the shield material at least at one seam is common to all shielding arrangements. In each case the shield resides across the path of incident electromagnetic radiation, defining a substantially continuously conductive body (either alone or in conduction with conductive panels or the like), so as to block propagation of electromagnetic fields.

A conductive gasket or seal is known wherein a conductive sheath of woven or knitted wire encloses a compressible core. This form of seal can be mounted, for example, in a slot in a first conductive panel or body and arranged to bear against a second panel or body brought into abutment with the first. In movable panel arrangements, one of the panels normally carries the seal and the other of the panels simply abuts against the seal. If the sealed panels are to remain immovable, the seal can be attached to one or both.

Typically, such a seal is attached to the conductive panel or the like at least partly by an adhesive at the connecting seam. For maximum shielding efficiency there is a need to avoid undue electrical resistance across the seam, i.e., between the seal and the surface against which it abuts. The resistance normally includes electrical resistance due to the adhesive disposed between the conductive panel and the conductive material of the seal. The typical technique for attaching the seal to the conductive panel is to place a continuous bead of conductive adhesive on the conductive sheath of the seal, at least on one side of the seal to be disposed against a conductive panel. Conductive adhesive is rendered conductive by conductive particles disposed in the adhesive binder, defining a conductive path through the adhesive due to surface contact of the particles within the binder. The binder typically consists essentially of a nonconductive elastomer which otherwise would function as an insulator, or in connection with adhesive disposed between conductive panels, as a dielectric.

Conductive adhesives tend to break down over time The conductive particles can migrate in the elastomeric binder, particularly with compression and decompression of the seal. Often the result of cycles of compression and decompression is that the conductive particles tend to become spaced from the surface of the adhesive as the elastomer flows viscously around the particles. This causes a gradual decrease in the conductivity of the seal as a whole, due to the increase in resistance across the adhesive. Additionally, the conductive particles in the binder of the adhesive can break down over time due to mechanical and environmental effects. The breakdown of the conductive portion of the adhesive is accelerated where the conductive sheath of the seal is made of a wire mesh or the like, wherein movement of the wire portions of the sheath relative to the viscous binder of the adhesive kneads the adhesive material

In U.S. Pat. No. 4,857,668—Buonanno, a seal is disclosed which includes a conductive sheath on a resilient foamed core. A preferred material for the sheath is ripstop nylon, a polymer fabric, and the filaments of the fabric can be plated with a conductive material (e.g., metal). The sheath can be mounted to one of the sealed panels by means of conductive clips or by engagement in a groove or the like. Alternatively, the seal can be attached to its panel via a conductive adhesive. The sheath according to Buonanno can be rendered conductive at least partly by an outer conductive coating of relatively inert particles such as carbon black in a binder of elastomer such as urethane. The conductive particles provide a current path, while the elastomeric binder as well as the inert conductive particles avoid presenting an abrasive surface or a surface subject to corrosion. Any corrosion on the surfaces in contact between a conductive seal and a conductive panel tends to reduce

5,105,056

3

the smoothness of the seal, thereby presenting a possibility of gaps, and also tends to increase surface resistance, leading to reduced shielding effectiveness of the seal. The particular sheath composition is an important consideration and is given substantial attention by those skilled in the art.

Other forms of seals are also known for placement between conductive panels. The seals range from wholly metallic sheet metal structures, for example with spring-like metal forms protruding from a metal strip, or helically wound sheet metal strips, to resilient forms of rubber or plastic enclosed in woven, knitted or unwoven batts of conductive sheathing. In each case the seal provides conductive surfaces to be placed in contact with the conductive panels to be bridged by a conductive material for effecting an EMI shield. All these forms must be attached to the conductive panels, typically by an adhesive.

A seal formed in part of a sheet of conductive sheathing can be wrapped around a resilient core to form a seal or gasket to reside between conductive panels. In the same manner, a conductive sheath can be wrapped around a cable or the like. The sheathing may be formed as a tube, however, wrapping is more convenient. When wrapping an elongated strip around a core, cable or other elongated structure, the lateral edges of the sheathing must be conductively attached together along a longitudinal seam to ensure that the entire sheath is uniformly conductive. Similarly, when applying a conductive sheath (without a core) to a surface to be shielded, the sheath must be affixed to the surface both conductively and in a manner that physically retains the sheath in place. The physical retention of the sheath often requires an adhesive.

Assuming the conductive sheath or seal is to be attached (to itself or to conductive panels) in a routine manner with the object of improving the continuity and decreasing the resistance of the conductive path across the junction of the attachment, a conductive adhesive will provide a continuous conductive path. However, as noted above, conductive adhesives tend to break down and become less conductive over time. The inherent resistance of the adhesive is interspersed between the conductive elements at the junction, thereby increasing electrical resistance along the conductive path between the sealed panels. Conductive adhesive is more expensive than nonconductive adhesive due to the need for the additional conductive particles. The added particles render the adhesive less sticky than a comparable quantity of nonconductive adhesive due to the fact that the conductive particles displace the sticky adhesive material, thus requiring a greater quantity of adhesive for a given strength joint. For all these reasons, it would be helpful to avoid or minimize reliance on conductive adhesive for the electrical and/or mechanical joining of the parts of conductive sheaths and panels.

According to the present invention, the conventional use of conductive adhesive applied as a continuous bead or surface has been reconsidered. Rather than mounting a conductive sheathed seal body on a continuous strip of conductive adhesive, and rather than attaching a conductive sheet either at its edges or to a full surface, adhesive is applied discontinuously, for example in the form of regularly spaced adhesive dots, or preferably along spaced lines, at the conductive and physical junction of the sheath or seal. Contrary to expectations, the lack of an adhesive material in the area between the adhesive lines or dots does not reduce the effectiveness

4

of the seal, particularly if the adhesive is arranged in the form of longitudinally non-overlapping lines inclined laterally across the connecting seam of the seal. In fact the seal is more effective because greater direct contact between the panels and the conductive sheath of the seal provides an overall conductive EMI shielding barrier that intersperses only the contact resistance of the sheath and the panel between the abutting elements along the path of electromagnetic propagation. While conductive adhesive can be used, a less expensive nonconductive adhesive is preferred, because the direct contact between the surface of the conductive sheath and the panel provides at least as good conductivity along the length of the junction to compare favorably with conductive junctions having a conductive adhesive disposed continuously between the sheath and the panel, or at overlapped sections of the sheath. Moreover, the adhesion of the seal material at the seam is improved over conductive adhesives of equal amount, and the conductivity of the seal does not deteriorate over its lifetime.

## SUMMARY OF THE INVENTION

It is an object of the invention to reduce the cost and complexity of a mounting for a conductive seal, while retaining full effectiveness of the seal for electromagnetic shielding between conductive panels by minimizing electrical resistance along a path between such panels having an interspersed adhesively attached gasket or seal.

It is another object of the invention to improve the conductivity in the long term of shielding junctions, for example between conductive seals and conductive panels to which the seals are attached, or between conductive sheet materials or sheaths and other conductive elements to which the sheet or sheath material is physically and electrically connected.

It is also an object of the invention to improve the conductive characteristics of a sheet, seal or gasket by maximizing surface contact between the conductive elements which are abutted in use to define a barrier to electromagnetic propagation.

It is another object of the invention to enable the use of inexpensive nonconductive adhesive in a conductive EMI shielding seal.

It is still another object of the invention to provide a connection means for a seal or sheath that is easy to use, physically strong and of moderate cost.

These and other objects are accomplished by a method and apparatus which shield against passage of electromagnetic energy through an abutment between conductive elements The shield may be formed by a sheet, seal or gasket including a conductive shield body of indefinite length to be mounted adhesively to at least one other conductive body, which other conductive body, in an overlapped sheet shield can be another portion of the shield material. The shield body may be a seal with a conductively sheathed compressible structure to be attached to and abutted against conductive panels, or can include a sheet material to be conductively fixed by one or both edges to a conductive panel or to itself.

An adhesive is disposed on a surface of the conductive body, the adhesive being discontinuous along the length of the shield body, thereby defining areas of adhesive separated by areas wherein the conductive shield body is exposed for direct surface contact. The areas of adhesive and the areas wherein the conductive

5,105,056

| 5 | 6 |

shield body is exposed can define a regular repetitive pattern along the length of the junction, such as a pattern of spaced dots or lines. A series of spaced adhesive lines, inclined relative to the length of the seam or junction, can extend across a lateral width of the junction, preferably in a longitudinally non-overlapping manner. The proportion of adhesive space to exposed space at the junction is preferably about 40% adhesive to 60% exposed, and depending on the extent of mechanical attachment needed, can be as little as 5% adhesive to 95% exposed. The conductive shield body can be supplied with a release liner removably attached to seal via the adhesive, such that the liner is pulled off to expose the adhesive for mounting the shield body. The adhesive is preferably a nonconductive hot melt adhesive, but a conductive adhesive is also possible. When the shield body is affixed, a conductive path is provided, including surface contact at the exposed areas of the shield. According to the embodiment wherein inclined lines of adhesive are disposed along the junction, the adhesive lines can be arranged in a laterally non-overlapping arrangement to provide a single thickness of adhesive line at all points along the junction.

BRIEF DESCRIPTION OF THE DRAWINGS

There are shown in the drawings the embodiments of the invention as presently preferred. It should be understood, however, that the invention is not limited to the exemplary embodiments shown, and is capable of embodiment in other specific forms in accordance with the scope of the invention as claimed. In the drawings,

FIG. 1 is a perspective illustration of a seal or gasket according to the invention, with discontinuous adhesive applied in the form of inclined non-overlapping lines;

FIG. 2 is an elevation view showing the seal of FIG. 1, interspersed between two conductive panels;

FIG. 3 is a diagrammatic plan view showing the proportion of exposed area to adhesive area, according to an embodiment wherein the adhesive is applied as spaced dots;

FIG. 4 is a partial section view through a junction of the seal and a panel, along line 6—6 in FIG. 2, showing the seal as compressed;

FIG. 5 is a perspective view showing the seal with a release liner;

FIG. 6 is a plan view of an alternative embodiment, with a different pattern of discontinuous adhesive;

FIG. 7 is a perspective view showing a shield formed of a sheet of conductive material wrapped on an elongated body to be shielded;

FIG. 8 is a section view directed longitudinally along a seam with a shield formed of a sheet of conductive material attached along edges to conductive panels; and,

FIGS. 9a–9c illustrations of additional forms of shielding seals to which the invention is applicable, FIGS. 9a and 9b being in perspective and FIG. 9c being in elevation.

DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

The invention concerns the conductive connection of parts to block electromagnetic radiation, and is applicable to a number of types of shielding apparatus to be bridged at a seam with a conductive material. The conductive material bridging the seam can be more or less flexible and can be thick or thin, depending on the particular application. In each case, a discontinuous adhesive material is applied to affix the conductive material or shield at one or both of the edges of the seam.

FIG. 1 is a perspective illustration of a compressible seal or gasket according to the invention, including an illustration of the cross section of the seal body at the end shown. The seal body can be of any length, preferably long enough to encompass the full length of the line or seam to be sealed against passage of electromagnetic interference (EMI). The shield, in this case the compressible seal, resides along a junction between conductive panels, and by conductively bridging between the panels provides a continuous conductive barrier against the propagation of electromagnetic interference either into or out of the area encompassed by the panels and the shield.

The seal body defining the shield 30 shown in FIG. 1 includes a conductive sheath 32 on a compressible core 34. The seal body can be substantially as described in U.S. Pat. No. 4,857,668—Buonanno, namely with a foamed elastomer core and a sheath of metal plated or conductively coated ripstop nylon. An anti-abrasive coating can be applied on the external surface of the sheath 32, formed of conductive particles (e.g., conductive carbon black) suspended in an elastomeric binder in sufficient concentration to obtain with the conductive sheath an overall conductive body. U.S. Pat. No. 4,857,668—Buonanno is hereby incorporated. It is also possible to employ the invention with other forms of shielding seal structures, as discussed hereinafter, for example seals with wire mesh woven or knitted around a resilient core, and wholly metallic shielding seals, for example with helically wound metal strips or formed spring-like metal tongues protruding from a strip attachable to one panel and resiliently bearing against the opposed panel. Other forms of shield seals, as well as shields having a sheet of conductive material, can be attached by an adhesive according to the invention.

FIG. 2 shows a shielding seal of the type shown in FIG. 1, interspersed between conductive bodies or panels 24, for example a movable door panel and a stationary cabinet panel against which the door panel rests when closed. The shielding seal provides a conductive path bridging across any space which may be defined between the two panels 24, 24 due to minor misalignment, surface irregularities and the like. The seal thereby blocks the propagation of electromagnetic interference and the like, in either direction through the opening otherwise defined between the panels.

When in operative position, the shield strip or body 30 is fixed to at least one of the panels via an adhesive disposed on the shield, e.g., on a surface of a conductive sheath. The adhesive is discontinuous along the length of the seal body, thereby defining a plurality of areas 50 of adhesive for physically attaching the shield to at least one of the panels, separated by areas 60 wherein the conductive material of the shield (e.g., the conductive sheath) is exposed directly for conductive surface contact with the panels.

The sheathing 32 of the shield in the embodiment of FIGS. 1 and 2 is wrapped circumferentially around a compressible core 34 of the shield. Accordingly, an elongated longitudinal seam 35 is defined where the sheathing overlaps itself, the edges of the sheathing at the seam being in conductive contact such that the shield as a whole is uniformly conductive across the panels. This seam 35 of the sheathing 32 can also be affixed via a discontinuous adhesive according to the invention. The invention is described primarily with

5,105,056

<table>
<tr><td>7</td><td>8</td></tr>
</table>

respect to a compressible seal adhesively fixed to one panel and simply abutted against a relatively movable opposed panel. The seal can be attached to both panels in an embodiment wherein the panels are to remain fixed in abutment, the seal thus being used in the manner of a fixed gasket. The adhesive attachment of the seal to a conductive body also applies to the attachment of edges of sheathing to define a longitudinal or helical conductive seam, and to attachment of other forms of conductive sheets and strips to conductive bodies to be shielded.

In the exposed areas 60, the conductive shield material, in the case of FIGS. 1 and 2 the sheath, is urged by the compressible foam core 34 to bear directly against the panel to which the seal body is attached. The surface of the conductive sheath bearing against the panel is made discontinuous along the length of the seal by the areas 50 of adhesive. On the opposite panel, however, the foam core holds the conductive sheath in continuous contact. In a similar manner the pressure of spring-like seals of sheet metal and the like urges a surface of the conductive shield body against the opposite panel.

On the attachment side(s), the areas 50 of adhesive and the areas 60 wherein the conductive shield material is exposed define a regular repetitive pattern along the length of the seal. The pattern can be simple spots or dots of adhesive as shown in FIG. 3, but preferably is arranged as a pattern of longitudinally non-overlapping lines extending laterally across the seam, to maximize both the extent of conductive surface contact and the extent of physical attachment of the material across the seam.

The particular dimensions of the adhesive areas are in part a function of the dimensions of the seal body and in part a function of the required extent of physical attachment. For larger seals and/or seals which are to be more securely affixed, larger adhesive areas are preferable. The proportion of adhesive area to exposed area can vary between a minimum adhesive arrangement having only enough adhesive to barely hold the seal in place, for example at least 5% adhesive area to 95% exposed area. The proportion of adhesive can range from 5% to 40%, to exposed area of 95% to 60%. For better adhesion the relatively larger proportions of adhesive are needed. In order to obtain favorable conductivity characteristics together with good adhesive bonding to ensure that the seal remains attached to panel 24 or the like, the areas 50 of adhesive and the exposed areas 60 preferably are provided in a proportion of substantially 40% adhesive area to 60% exposed area.

FIGS. 1–6 illustrate a seal having a rectangular cross section, for example of about 3 by 5 mm. According to FIG. 3, which shows the wider proportion of adhesive, adhesive spots on the wider side of the rectangular form seal are arranged in a non-overlapping manner, about 2 or 3 mm in diameter and spaced on 1 cm centers. This arrangement places a relatively larger proportion of the surface in contact with the panel and provides good adhesive bonding to hold the seal in place.

In a preferred embodiment as shown in FIG. 4, the adhesive defines a regular repetitive pattern of lines along the length of the seal. The lines are inclined laterally of the longitudinal axis of the seam, and can extend laterally across the full width of the seam. In FIG. 4 the seal is shown compressed (i.e., between panels 24). As a result of compression, the seal becomes widened slightly such that the adhesive lines do not extend clear to the edges 39, although the adhesive initially extended to the at-rest edges 38 of the seal, shown in broken lines.

The areas of adhesive define lines which are non-overlapping as viewed laterally of the seam. The end of each of the lines is longitudinally coextensive and laterally spaced from an end of a next one of the lines. As a result, the seam is provided with an equal lateral width of adhesive at substantially every longitudinal point along the longitudinal extension of the seam. The adhesive as thus applied provides a secure attachment to the conductive element to which the adhesive attaches the seal. At the same time, the pattern is such that at every longitudinal point along the seam there is a substantial exposed conductive area, considering the lateral extension of the seam (i.e., the adhesive occupies a relatively small part along any lateral line across the seam). This arrangement leads to good mechanical attachment and electrical shielding attributes.

Preferably, the conductive seal surface is supplied with a release liner, for example a coated strip of paper, removably attached to the seal via the adhesive as shown in FIG. 5. The user peels the release liner from the adhesive prior to attaching the seal across the seam. Inasmuch as the adhesive lines are longitudinally coextensive and the release liner is peeled longitudinally from the seal, the release liner peels continuously upward from the adhesive, rather than by discontinuously popping free at the exposed areas.

The same longitudinally continuous and laterally discontinuous nature of the adhesive pattern as shown, provides secure mechanical connection when the seal is installed. Moreover, the seal is equally conductive with the conductive element to which it is attached, at all longitudinal points along the seam because the proportion of exposed area to adhesive area does not vary. Due to these aspects, it is possible to obtain as good or better conductivity (and therefore shielding effectiveness across the seam) with a nonconductive adhesive, as a seal having a continuous conductive adhesive bead extending all along the seal parallel to the longitudinal axis thereof.

Of course a conductive adhesive can be used if desired. Inasmuch as the conductivity of the seal as a whole is obtained substantially through surface contact of the conductive sheath of the seal and the panels 24, a nonconductive adhesive also functions quite well. A preferred nonconductive adhesive material is hot melt adhesive. The adhesive can be applied in a production setup for example by passing the seal by an adhesive dispensing head which operates intermittently at the required rate, or which is arranged to sense the linear passage of the seal and to dispense a quantity of adhesive at the required spacing. Alternatively, the adhesive can be "printed" on the conductive sheath, using an applicator wheel to which lines of adhesive are applied at regular spaces around the circumference, and transferred to the seal.

The pattern of adhesive can be varied while retaining the non-overlapping arrangement described. In FIG. 6, a different shape of adhesive area is provided, wherein parts of the adhesive lines run parallel to the seal. While the shape of the adhesive can be varied, for example to provide particular characteristics in the adhesive bonding of the seal body and the panel, in each case sufficient space 60 between the adhesive areas 50 is provided to ensure good conductive surface contact between a substantial proportion of the seal body and the panels.

5,105,056

| 9 | 10 |

A conductive seam using discontinuous adhesive can be used for other forms of shielding, as shown for example in FIGS. 7 and 8. In these embodiments the shield involves the conductive attachment of a sheet-like conductive material to articles to be shielded In FIG. 7, the shield material 32 is arranged to shield a cable 25. The shield material can be wrapped to form a longitudinal seam, or as shown, the shield material can form a seam that proceeds helically along the cable 25. As above, the shield material is conductive, for example being made of a metal foil, metal plated or conductively coated paper or fabric, or the like. The shield material 32 overlaps each previous wrap of shield material to form a seam 35 at which the conductive material of the shield is physically attached and placed in electrically conductive contact with the previous wrap. This is accomplished using a discontinuous pattern of adhesive, preferably with a broken line of segments which extend laterally of the helical seam and are non-overlapping along the (helical) line of the seam. The helical wrapping of the shield material 32 tends to provide the necessary inward force to urge the wraps into contact in the exposed areas between the discontinuous adhesive areas, and this inward force can be increased by using a conductive shield material which stretches resiliently to some extent, for example a conductively coated fabric material.

In FIG. 8, a sheet form of conductive shield is attached via a discontinuous series of inclined adhesive lines to each of two conductive panels 24. FIG. 8 is a cross-section viewed along the axis of the two seams formed between the conductive shield material 32 and the two panels 24. As is apparent from FIG. 8, very little of the lateral extension of the material 32 bridging across the conductive panels is occupied by the adhesive and most of the lateral extension of the shield material is in direct surface contact with the panels. Accordingly, a secure and quite conductive bridge is formed between the two panels for blocking propagation of electromagnetic interference.

FIGS. 9a–9c illustrate application of the discontinuous adhesive to additional forms of conductive seals. Each of the illustrated embodiments is compressible. In FIG. 9a, a wire knit or mesh 131 forms the conductive material of the seal and is arranged on a cylindrical compressible core. The adhesive lines 50 are provided on a side of the seal to define a section of a helix on the conductive mesh or knit. When the seal is compressed in use, the core flattens the adhesive against a panel (or a groove in a panel, etc.) to obtain a conductive seam.

FIGS. 9b illustrates application of a discontinuous adhesive to an electromagnetic seal of the type having resilient conductive tongues 133 protruding from a conductive base strip 134. The base strip 134 is conductively and physically joined to a panel or the like using the discontinuous pattern of adhesive as described above, and the tongues bear against an opposed panel to obtain a conductive bridge between the panels The seal can be integral sheet metal or can be a conductively coated resilient material such as plated or coated plastic.

In FIG. 9c, the seal has helically wrapped conductive material. The inclined lines of adhesive, as in the embodiment of FIG. 9a, run along a side of the substantially cylindrical shape of the seal. The adhesive lines in the arrangement shown are further made discontinuous by the gaps between successive wraps of the helical conductive material, which can be sheet metal, conductively coated plastic, etc., and is also arranged to be compressed between conductive panels or the like.

The invention can also be considered a method for mounting a seal against passage of electromagnetic energy through an abutment of conductive panels, or a method for blocking electromagnetic energy. The method includes providing a conductive shield material 32 of the type described, in an indefinite length, for example on a compressible core 34. An adhesive 50 is applied to a surface 36 of the conductive material, the adhesive being discontinuous along the length of a seam to be formed using the shield material, the adhesive defining a plurality of areas 50 of adhesive, separated by areas 60 wherein the conductive material 32 is exposed directly. The seam is formed by attaching the shield material via said adhesive 50 to at least one conductive surface such as the surface of conductive panels to be bridged by the shield. The panels can be brought into abutment with the seal interspersed, whereby conductivity between the panels includes a conductive path from the panels directly to the exposed areas of the conductive shield material. Conduction between the panels or the like occurs through the conductive shield material 32. The conductive material can be arranged as a sheet or as a sheath on a compressible form or core. The shield material or sheath can be rendered conductive due to its composition (e.g., including a metallic form, foil or mesh, and/or can have a conductive coating).

Preferably, the adhesive is applied such that the areas 50 of adhesive and the areas 60 wherein the conductive sheath is exposed define a regular repetitive pattern 52 along the length of the seal. The pattern is preferably a series of spaced lines on the surface of the conductive sheath, in a proportion of 5–40% adhesive to 95–60% exposed area, preferably in a proportion of substantially 40% adhesive area to 60% exposed area. The lines should be inclined laterally relative to the seam to be formed, with the ends of each segment longitudinally coextensive with a next segment so as to be non-overlapping along the seam. Prior to mounting the seal on the panels, the seal can be protected by attaching a release liner to the conductive material via said adhesive. The release liner is removed before attaching the conductive material to form the seam.

Although the method is specific to EMI shielding, the adhesive applied to the conductive sheath can be conductive or nonconductive, in either case sufficient conductivity bridging across the gap between the panels is provided by the conductive sheath in surface contact with the panels, together with good adhesion. A preferred adhesive is nonconductive hot melt adhesive.

The invention having been disclosed, a number of variations will now occur to persons skilled in the art of EMI shielding. Reference should be made to the pending claims rather than the foregoing discussion of exemplary embodiments to determine the scope of the invention in which exclusive rights are claimed.

We claim:

1. An apparatus for shielding against passage of electromagnetic energy through a seam with a conductive body, comprising:

a conductive seal of indefinite length, operative to conduct laterally of a longitudinal extension of the seal;

an adhesive disposed on a surface of the conductive seal, the adhesive being discontinuous along said length of the seal, thereby defining a plurality of areas of adhesive, for attaching the seal physically

5,105,056

**11**

across the seam, separated by areas wherein the seal is exposed directly, for coupling the seal electrically across the seam, the areas of adhesive and the exposed areas defining a regular repetitive pattern along the length of the seal, in a proportion of about 5% to 40% adhesive area to 60% to 95% exposed area.

2. The apparatus according to claim 1, wherein the plurality of areas of adhesive define a broken line on the surface of the conductive seal at the seam.

3. An apparatus for shielding against passage of electromagnetic energy through a seam with a conductive body, comprising:

    a conductive seal of indefinite length, operative to conduct laterally of a longitudinal extension of the seal;

    an adhesive disposed on a surface of the conductive seal, the adhesive being discontinuous along said length of the seal, thereby defining a plurality of areas of adhesive, for attaching the seal physically across the seam, separated by areas wherein the seal is exposed directly, for coupling the seal electrically across the seam, and wherein the areas of the adhesive define a succession of lines included laterally of the longitudinal extension of the seam.

4. The apparatus according to claim 3, wherein the areas of adhesive define lines which are non-overlapping as viewed laterally of the seam.

5. The apparatus according to claim 4, wherein an end of each of the lines is longitudinally coextensive and laterally spaced from and end of a next one of the lines.

6. An apparatus for shielding against passage of electromagnetic energy through a seam with a conductive body, comprising:

    a conductive seal of indefinite length, operative to conduct laterally of a longitudinal extension to the seal;

    an adhesive disposed on a surface of the conductive seal, the adhesive being discontinuous along said length of the seal, thereby defining a plurality of areas of adhesive, for attaching the seal physically across the seam, separated by areas wherein the seal is exposed directly, for coupling the seal electrically across the seam, the areas of adhesive and the exposed areas defining a regular repetitive pattern along the length of the seal, and wherein the adhesive is substantially nonconductive.

7. The apparatus according to claim 6, further comprising a release liner removably attached to the adhesive.

8. The apparatus according to claim 6, wherein the seam is defined between a compressible seal body and a conductive panel.

9. The apparatus according to claim 6, wherein the seam is defined between a conductive sheet edge and a conductive body.

10. The apparatus according to claim 6, wherein the seam is defined between overlapping portions of a conductive sheath.

11. A method for mounting a seal against passage of electromagnetic energy through a seam between conductive bodies, comprising the steps of:

    providing a conductive seal of indefinite length, operable to conduct laterally of a longitudinal extension of the seam;

    applying an adhesive to a surface of the conductive seal, the adhesive being discontinuous along said length of the seal and applied in a regular repetitive

**12**

pattern, thereby defining a plurality of areas of adhesive for attaching the seal physically across the seam, separated by areas wherein the seal is exposed directly, for coupling the seal electrically across the seam, the adhesive being applied in a proportion of about 5% to 40% adhesive area to 60% to 95% exposed area; and,

    attaching the seal via said adhesive to a surface of at least one of said conductive bodies.

12. The method according to claim 11, comprising applying the adhesive such that the plurality of areas of adhesive define a broken line on the surface of the at least one conductive body.

13. The method according to claim 11, further comprising attaching a release liner to the seal via said adhesive, and removing the release liner before attaching the seal to said one of the conductive bodies.

14. The method according to claim 11, wherein the adhesive applied is substantially nonconductive.

15. The method according to claim 14, wherein the adhesive is applied to form a regular pattern of successive lines inclined relative to a longitudinal extension of the seam.

16. The method according to claim 15, wherein the successive lines are applied such that an end of each of the lines is longitudinally coextensive with and laterally displaced from an end of a next successive line along the seam.

17. An apparatus for shielding against passage of electromagnetic energy through an abutment of conductive panels, comprising:

    a seal body of indefinite length, having a conductive surface disposed on a compressible element;

    an adhesive disposed on the conductive surface, the adhesive being discontinuous along said length of the seal body, thereby defining a plurality of areas of adhesive, for attaching the seal body to at least one said panel, separated by areas wherein the conductive surface is exposed directly, for conductive contact with the panel, the adhesive defining a regular repetitive pattern along the length of the seal in a proportion of substantially 5% to 40% adhesive area, to 60% to 95% exposed area.

18. The apparatus according to claim 17, wherein the plurality of areas of adhesive define a broken pattern of spaced lines on the conductive surface.

19. The apparatus according to claim 17, further comprising a release liner removably attached to the conductive surface via the adhesive.

20. The apparatus according to claim 17, wherein the conductive surface is defined by a conductive sheath on a compressible core.

21. The apparatus according to claim 17, wherein the conductive surface is defined by a flexible conductive sheet.

22. An apparatus for shielding against passage of electromagnetic energy through an abutment of conductive panels, comprising:

    a seal body of indefinite length, having a conductive surface disposed on a compressible element;

    an adhesive disposed on the conductive surface, the adhesive being discontinuous along said length of the seal body, thereby defining a plurality of areas of adhesive, for attaching the seal body to at least one of said panel, separated by areas wherein the conductive surface is exposed directly, for conductive contact with the panel, and wherein the adhesive is substantially nonconductive.

5,105,056

| 13 | 14 |

23. A method for mounting a seal against passage of electromagnetic energy through an abutment of conductive panels, comprising the steps of:

    providing a seal body of indefinite length, having a conductive surface;

    applying an adhesive to the surface, the adhesive being discontinuous along said length of the seal body, and defining a plurality of areas of adhesive in a regular repetitive pattern along the length of the seal, for attaching the seal to at least one said panel, separated by areas wherein the conductive sheath is exposed directly, for conductive contact with the panel, the areas of adhesive and the areas exposed being provided in a proportion of substantially 40% adhesive area to 60% exposed area;

    attaching the seal via said adhesive to one of said conductive panels;

    bringing the panels into abutment with the seal interspersed, whereby conductivity between the panels includes a conductive path from the panels directly to the exposed areas of the conductive surface.

24. The method according to claim 23, comprising applying the adhesive such that the plurality of areas of adhesive define spaced dots on the surface of the conductive sheath.

25. The method according to claim 23, further comprising attaching a release liner to the adhesive conductive sheath via said adhesive, and removing the release liner before attaching the seal to said one of the panels.

26. A method for mounting a seal against passage of electromagnetic energy through an abutment of conductive panels, comprising the steps of:

    providing a seal body of indefinite length, having a conductive surface;

    applying an adhesive to the surface, the adhesive being a nonconductive hot metal adhesive applied in a discontinuous pattern along said length of the seal body, and defining a plurality of areas of adhesive in a regular repetitive pattern along the length of the seal, for attaching the seal to at least one said panel, separated by areas wherein the conductive sheath is exposed directly, for conductive contact with the panel;

    attaching the seal via said adhesive to one of said conductive panels;

    bringing the panels into abutment with the seal interspersed, whereby conductivity between the panels includes a conductive path from the panels directly to the exposed areas of the conductive surface.

    * * * * *

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC )))) | |
| Plaintiff, ) | |
| v. ) | C.A. No. 1:07-cv-266 |
| SCHLEGEL ELECTRONIC MATERIALS, INC., )))) | JURY TRIAL DEMANDED |
| Defendant. ) | |
| SCHLEGEL ELECTRONIC MATERIALS, INC., )))) | |
| Counterclaimant, ) | |
| v. ) | |
| PARKER-HANNIFIN CORPORATION, )) | |
| Counter-Defendant. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2007, the following:

1.    Answer and Counterclaim;

2.    Exhibit A to Answer and Counterclaim;

3.    Exhibit B to Answer and Counterclaim; and

4.    Exhibit C to Answer and Counterclaim,

were filed with the Clerk of Court by Defendant Schlegel Electronic Materials, Inc. using

the CM/ECF system and were served by hand to the following attorney of record:

**VIA CM/ECF NOTICE AND HAND DELIVERY**

Francis DiGiovanni
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141
fdigiovanni@cblh.com


           _s/ James M. Lennon_
           James M. Lennon (#4570)
           *Counsel for Defendant Schlegel Electronic*
           *Materials, Inc.*