IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SCHLEGEL ELECTRONIC MATERIALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No 1:07-cv-266 |
| SCHLEGEL ELECTRONIC MATERIALS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PARKER-HANNIFIN CORPORATION, <br><br> Counter-Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

I hereby certify that on the 24th day of October, 2007, a copy of **Defendant's First Set of Interrogatories (Nos. 1-13), Defendant's First Set of Requests for Production of Documents and Things (Nos. 1-190), and Defendant's First Set of Requests for Admissions (Nos. 1-14)** were served on the following attorneys of record in the foregoing action at the address indicated:

WCSR 3768643v1

**VIA HAND DELIVERY AND EMAIL**
Rudolf E. Hutz
Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899


**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
*A Professional Limited Liability Company*


/s/   James M. Lennon
George Pazuniak (#478)
James M. Lennon (# 4570)
Anna Martina Tyreus (# 4771)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Tel:  (302) 252-4326
Fax:  (302) 661-7723
gpazuniak@wcsr.com
jlennon@wcsr.com
mtyreus@wcsr.com

*Attorneys for Schlegel Electronic Materials, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2007, I electronically filed the foregoing *Notice of Service* with the Clerk of the Court using CM/ECF, which will send notification of such filing to the following:

>Rudolf E. Hutz
>Francis DiGiovanni
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE  19899

I hereby certify that on October 24, 2007, I caused the foregoing document to be served upon the following in the manner so indicated:

>**VIA HAND DELIVERY AND EMAIL**
>Rudolf E. Hutz
>Francis DiGiovanni
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE  19899

This 24th day of October, 2007.

/s/ James M. Lennon_____
James M. Lennon (DE # 4570)