### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, <br> and PARKER INTANGIBLES, LLC, <br> <br> Plaintiff, <br> <br> v. <br> <br> SCHLEGEL ELECTRONIC MATERIALS, <br> INC., <br> <br> Defendant. | ) <br> ) <br> ) <br> ) Civil Action No 1:07-cv-266 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| SCHLEGEL ELECTRONIC MATERIALS, <br> INC., <br> <br> Plaintiff, <br> <br> v. <br> <br> PARKER-HANNIFIN CORPORATION, <br> <br> Counter-Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF SERVICE

I hereby certify that on the 31st day of October, 2007, a copy of ***Initial Disclosures of Defendant Schlegel Pursuant to Fed. R. Civ. P. Rule 26(a)*** was served on the following attorneys of record in the foregoing action at the address indicated:

WCSR 3772685v1

**VIA HAND DELIVERY AND EMAIL**
Rudolf E. Hutz
Francis DiGiovanni
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899

Dated:  October 31, 2007            **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
*A Professional Limited Liability Company*


/s/   James M. Lennon
George Pazuniak (#478)
James M. Lennon (# 4570)
Anna Martina Tyreus (# 4771)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Tel:  (302) 252-4326
Fax:  (302) 661-7723
gpazuniak@wcsr.com
jlennon@wcsr.com
mtyreus@wcsr.com

*Attorneys for Schlegel Electronic Materials, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 31, 2007, a copy of the foregoing *Notice of Service* was electronically filed with the Clerk of the Court using CM/ECF and was served on the following in the manner indicated:

>**VIA HAND DELIVERY AND EMAIL**
>Rudolf E. Hutz
>Francis DiGiovanni
>Connolly Bove Lodge & Hutz LLP
>The Nemours Building
>1007 N. Orange Street
>Wilmington, DE  19899

This 31st day of October, 2007.

/s/  James M. Lennon_____
James M. Lennon (DE # 4570)