**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SCHLEGEL ELECTRONIC MATERIALS, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action No. 1:07-cv-00266-*** ) ) ) ) ) ) |
| SCHLEGEL ELECTRONIC MATERIALS, INC., <br><br> Counterclaimant, <br><br> v. <br><br> PARKER HANNIFIN CORPORATION, <br><br> Counter-Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of:

1. **Plaintiffs' First Set of Requests for Production of Documents and Things (Nos. 1-161)**;

2. **Plaintiffs' First Set of Interrogatories (Nos. 1-15)**;

3. **Parker-Hannifin Corporation and Parker Intangibles, LLC Electronic Discovery Disclosures**; and

4. **Initial Disclosures of Plaintiffs Parker-Hannifin Corporation and Parker Intangibles, LLC Pursuant to Fed. R. Civ. P. Rule 26(a)**

were served upon the following attorneys of record on October 31, 2007:

**VIA E-MAIL AND HAND DELIVERY**
George Pazuniak
Anna Martina Linnea Tyreus
James Michael Lennon
Stephen James MacKenzie
Womble Carlyle Sandridge & Rice
222 Delaware Avenue
Wilmington, Delaware 19801
*Counsel for Defendant*

Dated:  October 31, 2007	/s/ Daniel J. Harbison
	Francis DiGiovanni (#3189)
	Daniel J. Harbison (#3954)
	Steven A. Nash (PA #85707 – admitted pro hac vice)
	CONNOLLY BOVE LODGE & HUTZ LLP
	The Nemours Building
	1007 North Orange Street
	Wilmington, DE  19899
	(302) 658-9141
	snash@cblh.com