# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No 1:07-cv-266 |
| v. | ) ) ) | |
| SCHLEGEL ELECTRONIC MATERIALS, INC., | ) ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |
| SCHLEGEL ELECTRONIC MATERIALS, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | |
| PARKER-HANNIFIN CORPORATION, | ) ) | |
| Counter-Defendant. | ) ) | |
| _____ | ) | |

## NOTICE OF SERVICE

I hereby certify that on the 16th day of November, 2007, a copy of *Schlegel Electronic Materials, Inc.'s Electronic Discovery Disclosures* was served on the following attorneys of record in the foregoing action at the address indicated:

**VIA EMAIL AND FIRST-CLASS MAIL**
Rudolf E. Hutz
Francis DiGiovanni
Steven N. Nash
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899


Dated:   November 16, 2007

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
*A Professional Limited Liability Company*


/s/   AnnaMartina Tyreus
George Pazuniak (#478)
James M. Lennon (# 4570)
Anna Martina Tyreus (# 4771)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Tel:  (302) 252-4326
Fax:  (302) 661-7723
gpazuniak@wcsr.com
jlennon@wcsr.com
mtyreus@wcsr.com

*Attorneys for Schlegel Electronic Materials, Inc.*

2

WCSR 3772685v1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 16, 2007, a copy of the foregoing *Notice of Service*

was electronically filed with the Clerk of the Court using CM/ECF and was served on the

following in the manner indicated:

> <u>**VIA EMAIL AND FIRST-CLASS MAIL**</u>
> Rudolf E. Hutz
> Francis DiGiovanni
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE  19899

This 16th day of November, 2007.


/s/  AnnaMartina Tyreus
AnnaMartina Tyreus (DE # 4771)

WCSR 3772685v1