IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC, )<br>)<br>) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-00266-*** |
| ) | |
| SCHLEGEL ELECTRONIC MATERIALS, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| SCHLEGEL ELECTRONIC MATERIALS, INC., ) | |
| ) | |
| Counterclaimant, ) | |
| ) | |
| v. ) | |
| ) | |
| PARKER HANNIFIN CORPORATION, ) | |
| ) | |
| Counter-Defendant. ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that true and correct copies of:

1. Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories (Nos. 1-13);

2. Plaintiff's Answers and Objections to Defendant's First Set of Requests for Admissions (Nos. 1-14); and

3. Plaintiff's Answers and Objections to Defendant's First Set of Requests for Production of Documents and Things (Nos. 1-190)

were served upon the following attorneys of record on December 3, 2007:

**VIA E-MAIL AND HAND DELIVERY**
George Pazuniak
Anna Martina Linnea Tyreus
James Michael Lennon
Womble Carlyle Sandridge & Rice
222 Delaware Avenue
Wilmington, Delaware 19801
*Counsel for Defendant*

Dated:  December 3, 2007          /s/ Francis DiGiovanni
                                            Francis DiGiovanni (#3189)
                                            Daniel J. Harbison (#3954)
                                            Steven A. Nash (PA #85707 – admitted pro hac vice)
                                            CONNOLLY BOVE LODGE & HUTZ LLP
                                            The Nemours Building
                                            1007 North Orange Street
                                            Wilmington, DE  19899
                                            (302) 658-9141
                                            fdigiovanni@cblh.com