IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC, | : : : |
| Plaintiff, | : : |
| v. | : : Civil Action No 1:07-cv-266-*** |
| SCHLEGEL ELECTRONIC MATERIALS, INC., | : : : |
| Defendant. | : : |
| SCHLEGEL ELECTRONIC MATERIALS, INC., | : : : |
| Plaintiff, | : : |
| v. | : : |
| PARKER-HANNIFIN CORPORATION, | : : |
| Counter-Defendant. | : : |

**NOTICE OF SERVICE**

I hereby certify that on the 7th day of December, 2007, a copy of:

***DEFENDANT'S ANSWERS TO PLAINTIFFS' FIRST SET OF INTERROGATORIES (NOS. 1-15)*** and ***DEFENDANT'S ANSWERS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 1-161)***

was served on the following attorney of record in the foregoing action at the address indicated:

WCSR 3796505v1

**VIA EMAIL AND HAND DELIVERY**
Steven N. Nash
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE  19899

Dated:   December 7, 2007             **WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
*A Professional Limited Liability Company*

*/s/   James M Lennon*
George Pazuniak (#478)
James M. Lennon (# 4570)
Anna Martina Tyreus (# 4771)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Tel:  (302) 252-4328
Fax:  (302) 661-7704
gpazuniak@wcsr.com
jlennon@wcsr.com
mtyreus@wcsr.com

*Attorneys for Schlegel Electronic Materials, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2007, a copy of the foregoing *Notice of Service* was electronically filed with the Clerk of the Court using CM/ECF and was served on the following in the manner indicated:

> **VIA EMAIL AND HAND DELIVERY**
> Steven N. Nash
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE  19899

This 7th day of December, 2007.

*/s/  James M. Lennon*
James M. Lennon (DE # 4570)