# CONNOLLY BOVE LODGE & HUTZ LLP
### ATTORNEYS AT LAW

WILMINGTON, DE

The Nemours Building
1007 North Orange St.
P.O. Box 2207
Wilmington, DE 19899
TEL: (302) 658 9141
FAX: (302) 658 5614
WEB: www.cblh.com

**Francis DiGiovanni**
Partner

TEL (302) 888-6316
FAX (302) 658-5614
EMAIL fdigiovanni@cblh.com
REPLY TO Wilmington Office

January 31, 2008

**VIA ELECTRONIC FILING**

Magistrate Judge Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

    Re:    *Parker-Hannifin Corporation and Parker Intangibles, LLC v. Schlegel Electronic Materials, Inc.*
             Civil Action No. 07-266-***-MPT
             Interim Status Report

Dear Judge Thynge:

    I write on behalf of Parker-Hannifin Corp. ("Parker") and with the authorization of counsel for Schlegel Electronic Materials, Inc. ("Schlegel"). This letter is being submitted in accordance with Paragraph 7 of the Court's Scheduling Order of October 24, 2007 (D.I. 21).

    The parties have exchanged discovery requests. Parker timely served answers to Schlegel's requests on December 3, 2007; and Schlegel timely served answers to Parker's requests on December 7, 2007. The parties have also agreed to a schedule for the exchange of documents, including paper documents on February 22, 2008 and documents found by electronic searches on March 28, 2008.

    Once the parties have reviewed the documents produced, the parties intend to further discuss the merits of the case and the possibility of settlement.

    The parties look forward to the Status Conference scheduled for February 7, 2008.

                                       Very truly yours,

                                       Francis DiGiovanni

Magistrate Judge Mary Pat Thynge
January 31, 2008
Page 2 of 2

SN/el

cc:     Clerk of Court (via Electronic Filing)

589342v1