## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

PARKER-HANNIFIN CORPORATION, :
and PARKER INTANGIBLES, LLC,    :
                                :
                     Plaintiff, :
                                :
         v.                     :     Civil Action No 1:07-cv-266-***
                                :
SCHLEGEL ELECTRONIC             :
MATERIALS, INC.,                :
                                :
                     Defendant. :
_____ :
                                :
SCHLEGEL ELECTRONIC             :
MATERIALS, INC.,             :
                                :
                     Plaintiff, :
                                :
         v.                     :
                                :
PARKER-HANNIFIN CORPORATION, :
                                :
            Counter-Defendant. :
_____ :

## NOTICE OF DEPOSITION AND
## SERVICE OF SUBPOENA ON KENYON INDUSTRIES, INC.

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, counsel for Defendant, Schlegel Electronic Materials, will inspect documents and

take the deposition of non-party, Kenyon Industries, Inc. on Tuesday, March 18, 2008 beginning

at 9:30 a.m. at the office of Benik & Associates P.C., 931 Jefferson Boulevard, Suite 2008,

Warwick, Rhode Island.  The deposition will be taken before a Notary Public or other officer

duly authorized by law to administer oaths.  The deposition will be taken by a court reporter

using Real Time Reporting and Caseview software.  The oral examination will continue until its

completion.

Notice of Service of Subpoena

I hereby certify that on this 29th day of February, 2008, a notice copy of a subpoena for

documents and deposition of Kenyon Industries, Inc. was served by email pursuant to

Fed.R.Civ.P. 5(b)(2)(E) on the following counsel for Parker-Hannifin Corporation:

> Steven N. Nash
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE  19899

I further certify that, after the above referenced notice was made, on this 29th day of

February, 2008, a copy of the above referenced subpoena was served by email pursuant to

consent under Fed.R.Civ.P. 5(b)(2)(E) on the following counsel for Kenyon Industries, Inc.:

> Gregory L. Benik, Esq.
> Benik & Associates P.C.
> 931 Jefferson Boulevard, Suite 2008
> Warwick, RI 02886

Dated:  February 29, 2008

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
*A Professional Limited Liability Company*

*/s/   James M Lennon*
George Pazuniak (#478)
James M. Lennon (# 4570)
Anna Martina Tyreus (# 4771)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Tel:  (302) 252-4328
Fax:  (302) 661-7704
gpazuniak@wcsr.com
jlennon@wcsr.com
mtyreus@wcsr.com

*Attorneys for Schlegel Electronic Materials, Inc.*

2

WCSR 3851683v1