## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 1:07-cv-00266-MPT ) |
| SCHLEGEL ELECTRONIC MATERIALS, INC., | ) ) |
| Defendant. | ) ) |
| SCHLEGEL ELECTRONIC MATERIALS, INC., | ) ) ) |
| Counterclaimant, | ) ) |
| v. | ) ) |
| PARKER HANNIFIN CORPORATION, | ) ) |
| Counter-Defendant. | ) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of Plaintiff's Supplemental Answer to Defendant's Interrogatory No. 4 were served upon the following attorneys of record on May 16, 2008:

**VIA E-MAIL AND HAND DELIVERY**
George Pazuniak
Anna Martina Linnea Tyreus
James Michael Lennon
Womble Carlyle Sandridge & Rice
222 Delaware Avenue
Wilmington, Delaware 19801
*Counsel for Defendant*

Dated: May 16, 2008   /s/ Francis DiGiovanni
Francis DiGiovanni (#3189)
Daniel J. Harbison (#3954)
Steven A. Nash (PA #85707 – admitted pro hac vice)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
(302) 658-9141
fdigiovanni@cblh.com

Case 1:07-cv-00266-MPT    Document 36    Filed 05/16/2008    Page 2 of 2