IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **PARKER-HANNIFIN CORPORATION,** and **PARKER INTANGIBLES, LLC,** | : : : |
| Plaintiff, | : : |
| v. | : Civil Action No 1:07-cv-266-MPT |
| **SCHLEGEL ELECTRONIC MATERIALS, INC.,** | : : : : |
| Defendant. | : : |
| **SCHLEGEL ELECTRONIC MATERIALS, INC.,** | : : : : |
| Counterclaimant, | : : |
| v. | : : |
| **PARKER-HANNIFIN CORPORATION,** | : : |
| Counter-Defendant. | : : |

### DEFENDANT'S MOTION TO ENFORCE A SETTLEMENT AGREEMENT

The Defendant and Counterclaimant, Schlegel Electronic Materials, Inc. (hereinafter "Schlegel"), hereby moves the Court for an Order enforcing the settlement agreement that it reached with Plaintiffs and Counterclaim-Defendants Parker-Hannifin Corporation and Parker Intangibles, LLC (collectively "Parker") on April 14, 2008.

In addition to specific performance of the parties' settlement, Schlegel requests a stay of all other scheduled activity in this case pending the outcome of this Motion. While the Court ordered the coordination of this case with Parker's companion actions against Seiren Co. Ltd.

(C.A. No. 1:07-cv-104) and Zippertubing (Japan) Ltd (C.A. No. 1:06-cv-751), such coordination not longer appears necessary because Parker has unilaterally covenanted not sue thereby removing all of its claims from this case. Therefore, the only remaining claims are Schlegel's counterclaims for inequitable conduct and Schlegel's own patent claims, neither of which are included in the other two litigations. In the alternative to a stay, Schlegel requests expedited consideration of this Motion.

Support for this motion is set forth and fully explained in Defendant's Memorandum In Support Of Its Motion To Enforce A Settlement Agreement filed simultaneously herewith. Although this is a dispositive motion, the attorneys for the parties did confer pursuant to Local Rule 7.1.1 and Parker indicates it will oppose this motion.

For the reasons provided in Defendant's Memorandum In Support Of Its Motion To Enforce A Settlement Agreement, Schlegel respectfully requests that the court grant this motion and issue an Order enforcing the valid settlement to which Parker and Schlegel agreed.

Respectfully submitted,

Dated: May 28, 2008

**WOMBLE CARLYLE SANDRIDGE & RICE, PLLC**
*A Professional Limited Liability Company*

*/s/   James M Lennon*
George Pazuniak (#478)
James M. Lennon (# 4570)
Anna Martina Tyreus (# 4771)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Tel: (302) 252-4326
Fax: (302) 661-7726
gpazuniak@wcsr.com
jlennon@wcsr.com
mtyreus@wcsr.com

*Attorneys for Schlegel Electronic Materials, Inc.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **PARKER-HANNIFIN CORPORATION,** and **PARKER INTANGIBLES, LLC,** | : : : | |
| Plaintiff, | : : | |
| v. | : : | Civil Action No 1:07-cv-266-MPT |
| **SCHLEGEL ELECTRONIC MATERIALS, INC.,** | : : : : | |
| Defendant. _____ | : : : | |
| **SCHLEGEL ELECTRONIC MATERIALS, INC.,** | : : : | |
| Counterclaimant, | : : | |
| v. | : : | |
| **PARKER-HANNIFIN CORPORATION,** | : : | |
| Counter-Defendant. _____ | : : : | |

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2008, a copies of the foregoing ***DEFENDANT'S MOTION TO ENFORCE A SETTLEMENT AGREEMENT*** and memorandum in support thereof were electronically filed with the Clerk of the Court using CM/ECF and were served on the following counsel of record for Plaintiff by email:

> Steven N. Nash (SNash@cblh.com)
> Connolly Bove Lodge & Hutz LLP
> The Nemours Building
> 1007 N. Orange Street
> Wilmington, DE  19899

This 28th day of May, 2008.

*/s/  James M. Lennon*
James M. Lennon (DE # 4570)

WCSR  3897360v1