IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PARKER-HANNIFIN CORPORATION and PARKER INTANGIBLES, LLC, | : : : |
| Plaintiffs, | : : |
| v. | : C. A. No. 07-266-MPT : |
| SCHLEGEL ELECTRONIC MATERIALS, INC., | : : : |
| Defendant. _____ | : : : |
| SCHLEGEL ELECTRONIC MATERIALS, INC., | : : : |
| Counterclaimant, | : : |
| v. | : : |
| PARKER-HANNIFIN CORPORATION, | : : |
| Counter-Defendant. | : |

## ORDER

At Wilmington this **30th** day of **May, 200**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, June 3, 2008 at 10:00 a.m.** with Judge Thynge to discuss defendant's motion to enforce settlement agreement (D.I. 37). **James M. Lennon, Esquire shall initiate the teleconference call to 302-573-6173.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court

immediately of any problems regarding compliance with this Order.


                                                    /s/ Mary Pat Thynge  
                                                    UNITED STATES MAGISTRATE JUDGE