IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, and PARKER INTANGIBLES, LLC, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | C.A. No. 1:07-cv-00266-MPT |
| SCHLEGEL ELECTRONIC MATERIALS, INC., | : | |
| Defendant. | : | |
| SCHLEGEL ELECTRONIC MATERIALS, INC., | : | |
| Counterclaimant, | : | |
| v. | : | |
| PARKER-HANNIFIN CORPORATION, | : | |
| Counterdefendant. | : | |

**STIPULATION TO STAY ACTIVITIES PENDING RESOLUTION OF
DEFENDANT'S MOTION TO ENFORCE A SETTLEMENT AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, as represented during the June 3, 2008 teleconference with the Court, that all activities in this case, other than those related to Defendant's Motion To Enforce A Settlement Agreement, will be stayed pending resolution of the aforesaid motion.

2

| CONNOLLY BOVE LODGE & HUTZ LLP | WOMBLE CARLYLE SANDRIDGE & RICE, PLLC |
|---|---|
| By: *Steven A. Nash*<br>Rudolf E. Hutz (#484)<br>Francis DiGiovanni (#3189)<br>Steven A. Nash (PA #85707 –<br>  admitted *pro hac vice*)<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, Delaware 19801<br>(302) 658-9141<br>*Attorneys for Plaintiffs and Counterdefendant* | By: *James M. Lennon*<br>George Pazuniak (#478)<br>James M. Lennon (#4570)<br>Anna Martina Tyreus (#4771)<br>222 Delaware Avenue<br>Suite 1501<br>Wilmington, Delaware 19899<br>(302) 252-4326<br>*Attorneys for Defendant and Counterclaimant* |

Dated: June 6, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PARKER-HANNIFIN CORPORATION, and<br>PARKER INTANGIBLES, LLC, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | C.A. No. 1:07-cv-00266-MPT |
| | : | |
| SCHLEGEL ELECTRONIC MATERIALS, INC., | : | |
| | : | |
| Defendant. | : | |
| SCHLEGEL ELECTRONIC MATERIALS, INC., | : | |
| | : | |
| Counterclaimant, | : | |
| | : | |
| v. | : | |
| | : | |
| PARKER-HANNIFIN CORPORATION, | : | |
| | : | |
| Counter-Defendant. | : | |

## ORDER STAYING ACTIVITIES

IT IS ORDERED that all activities in this case, other than those related to Defendant's Motion To Enforce A Settlement Agreement, shall be stayed pending resolution of the aforesaid motion.

---

Date

---

Thynge, M.P., United States Magistrate Judge